Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
Brian N. Platt (#17099)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Wilson Electronics, LLC*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**SOUTHERN REGION**

| | |
|---|---|
| WILSON ELECTRONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN KUNWO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., aka SHENZHENSHI KUNWO KEJI KAIFA YOUXIAN GONGSI, dba TOP WAVE, a Chinese corporation,<br><br>Defendant. | [FILED UNDER SEAL]<br><br>Case No:<br><br>**VERIFIED COMPLAINT FOR ALTER EGO LIABILITY, BREACH OF CONTRACT, AND PATENT INFRINGEMENT**<br><br>District Judge:<br>Magistrate Judge:<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Wilson Electronics, LLC ("Wilson") hereby alleges and complains against Defendant Shenzhen Kunwo Science and Technology Development Co., Ltd., aka Shenzhen Kunwo Science and Technology Development Co., Ltd. dba Top Wave (hereinafter "Top Wave"), as follows:

## PARTIES

1.      Wilson is a Delaware limited liability company, having its principal place of business in St. George, Utah. Wilson is the leading manufacturer and seller of cellular signal boosters, repeaters, bi-directional amplifiers, and related components ("Signal Boosters") in the United States and Canada.

2.      Defendant Top Wave is a Chinese corporation that does business on Amazon at Seller ID A1722MEQZFW8XW. On information and belief, Top Wave does business at the physical address: A 3rd Floor, No. 3 Phase 1YangBei park, HuangTian Community, HangCheng Baoan, Shenzhen, China, and using the email address: memorytechcenter@hotmail.com.

3.      Defendant Top Wave is an alter ego of SolidRF Technology, Inc. ("SolidRF"). SolidRF is a Canadian corporation that manufactured and sold Signal Boosters pursuant to a Patent License Agreement with Wilson, as described below, on behalf of itself and its affiliates. Top Wave sells Signal Boosters throughout the United States and online at Amazon.com and other online sources.

4.      Top Wave is an affiliate of SolidRF Technology Inc. and ShenZhen SolidRF Communications Co., Ltd. For example, in 2019 the CEO of ShenZhen SolidRF Communications Co., Ltd., Mr. Yu Chi, used the following contact information in seeking FCC Authorization for SolidRF products:



Docusign Envelope ID: 8B3B1151-1448-4B4A-82F9-7BEE57B21724

Shenzhen SolidRF Communications Co., Ltd
ADD: No.8,Shop D,Block C,Shan Shui Ju,Longwei RD,Shenzhen China
Tel: 0755-83142660 Fax: 0755-86107352
Email: chiyutopwave@163.com

**JURISDICTION AND VENUE**

5. Original jurisdiction over Wilson's alter ego and breach of contract claims is proper under 28 U.S.C. § 1332(a)(2) based on diversity of citizenship.

6. There is complete diversity between the parties in this action because there are no individual members or ultimate beneficial owners of Wilson that are domiciled in or citizens of locations outside the United States and Top Wave is a citizen of China, a foreign state.

7. The matter in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs.

8. This Court has federal question subject matter jurisdiction under 28 U.S.C. § 1331 over Wilson's patent infringement claim as it arises under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.

9. This Court has personal jurisdiction over Defendant Top Wave pursuant to Federal Rule of Civil Procedure 4(k)(2) (the "federal long-arm statute."). Top Wave is located in China and does business in the United States. Top Wave has committed acts of patent infringement targeted at the United States and has placed infringing products into the stream of commerce with the knowledge or understanding that such products are targeted at the United States. Such acts include shipping products to Amazon in the United States for sale to United States residents,

targeting United States residents through its advertising on Amazon, and selling products to United States residents with the knowledge that such products will be delivered to United States residents. In addition, Top Wave derives substantial revenue from the sale of infringing products within the United States and operates an Amazon storefront targeting the United States.

10. This Court may further exercise personal jurisdiction over Top Wave because Top Wave is an alter ego of SolidRF, which

11. Venue is proper in the Southern Region of the Central Division of the District of Utah under 28 U.S.C. § 1391(c)(3) because the Top Wave is a foreign corporation subject to personal jurisdiction in this District.

**BACKGROUND**

12. Cellular signal boosting systems ("boosters"), sometimes referred to as "repeaters," are designed to amplify signals between mobile electronic devices and cell sites to provide consistent connections between cell sites and the mobile electronic devices. Boosters increase the power of a received signal by using an electronic circuit called an amplifier.

13. A booster transmits the amplified cellular signals to a cell site or mobile electronic device via one or more antennas. Similarly, a booster receives cellular signals from a cell site or mobile electronic device via the one or more antennas.

14. Boosters can be used to amplify signals from a cell site and the cellular signal output of mobile electronic devices. Weaker signals can be amplified more than relatively strong signals.

For instance, when the strength of the received signal from a cell site is weak (which indicates that the distance between the cell site and the booster is great or significant attenuation has occurred), the amplification of the cellular signals from the cell site by the booster can be relatively high. The booster can also provide significant amplification to cellular signals from the device to ensure that the cellular signals are sent to the cell site with sufficient power to be received. Conversely, when the strength of the received signal from a cell site is strong (which indicates that the distance between the cell site and the booster is small), the amplification of the cellular signals from the cell site and device by the booster can be lower.

15.     The internal circuitry and architecture of booster devices are critically important, and without the correct internal architecture booster devices will not properly function.

16.     Wilson is a leader in cellular phone booster equipment and develops and markets Signal Booster technology ("Signal Booster Technology") that allows businesses and consumers to enjoy enhanced cellular service through improved cell signals in homes, small businesses, and vehicles in the United States. Wilson sells its own popular cell phone boosters to the public under the brands "weBoost" and "WilsonPro," and has acted to protect its many inventions through the filings of numerous patents.

17.     In furtherance of its business Wilson has developed innovative Signal Booster Technology and inventions relating thereto that are protected by multiple U.S. and Canadian patents that are assigned to and owned by Wilson, including, but not limited to, U.S. Patent Numbers: U.S. 7,409,186; U.S. 7,486,929; U.S. 7,221,967; U.S. 7,729,669; U.S. 7,783,318; U.S. 8,849,187; U.S. 8,538,033; U.S. 8,583,034; U.S. 8,639,180; U.S. 8,755,399; U.S. 8,874,029; and U.S. 8,874,030 (the "Wilson Licensed Patents").

18. Through SolidRF, Defendant Top Wave sold Signal Boosters under the brands AmazBoost and SolidRF, as shown by the Defendant's distribution of labels approved by the FCC for those products:

AmazBoost
Five band signal booster
www.SolidRF.ca
FCC :A7V-SR75702001
IC :10198A-SR75702001
HVIN:202-LGCW-65-A-1.0
Frequency Band:
698-716MHz/ 728-746 MHz (Band12/Band17)
776-787MHz/ 746-757 MHz (Band13)
824-849MHz/869-894 MHz (Band5)
1850-1915MHz/ 1930-1995 MHz (Band2/Band25)
1710-1755MHz/ 2110-2155 MHz (Band4)
Gain: 40-70dB (GSM/CDMA/WCDMA/LTE)
Maximum Output: 1W EIRP/Band (uplink)
[AT&T/T-Mobile]
[Verizon/Sprint]
[AWS&Canada LTE]
Model:TRUE5-A
This is a CONSUMER device
BEFORE USE , you MUST REGISTER THIS DEVICE with your wireless provider and have your provider's consent .Most wireless provider consent to the use of signal boosters .Some providers may not consent to the use of this device on their network .If you are unsure ,contact your provider.
You MUST operate this device with approved antenna and cables as specified by the manufacturer .Antennas MUST be installed at least 20cm (8inches) from any person.
You MUST cease operating this device immediately if requested by the FCC or a licensed wireless service provider.
WARNING.E911 location information may not be provided or may be inaccurate for calls served by using this device.
This device may be operated ONLY in a fixed location for in-building use.

*See* https://fcc.report/FCC-ID/A7V-SR75702001/4339074.pdf.

19. United States Patent and Trademark Office ("USPTO") records reflect that Defendant Top Wave is the owner of the AmazBoost and SolidRF trademark registrations.





20. The Patent License Agreement between Wilson and SolidRF includes a list of licensed products, [REDACTED] *See* Exhibit A (at Exhibit B thereto).

21. The Patent License Agreement between Wilson and SolidRF [REDACTED] *See* Exhibit A, p. 18.

22. In addition to Solid RF, Mr. Yu Chi also worked for its alter ego Shenzhen KunWo Science and Technology Development Co., Ltd. dba Top Wave and used the email address **chiyu<u>topwave</u>@163.com** (emphasis added) in connection with FCC approvals for the Signal Boosters sold and distributed by SolidRF and Top Wave. *See* Exhibit F. On information and belief, the mail address that Mr. Yu Chi used in correspondence with the FCC is the combination of his last name "chi," first name "yu," and company "topwave."

23. Top Wave does business on Amazon selling products under the SOLIDRF and AMAZBOOST brand names, using Seller ID A1722MEQZFW8XW.

24. In 2016, Top Wave filed for the U.S. Trademark registration of the SOLIDRF trademark in the name of SolidRF Technology, Inc. Exhibit B. The trademark application for

SOLIDRF listed an email address, memorytechcenter@hotmail.com, as the email address for correspondence related to the application. *Id.*

25. In 2018, Top Wave filed for the U.S. Trademark registration of the AMAZBOOST trademark in its own name. Exhibit C. The trademark application for AMAZBOOST listed an email address, memorytechcenter@hotmail.com, as the email address for correspondence related to the application. *Id.*

26. In 2020, in response to allegations of patent infringement, SolidRF entered into the aforementioned Patent License Agreement. *See* Exhibit A.

27. The Patent License Agreement defines an "Affiliate" as follows:

1.1 [REDACTED]

Exhibit A.

28. Top Wave is an affiliate of SolidRF [REDACTED]

29. SolidRF failed to make the royalty payments due under clause 3 of the Patent License Agreement. Exhibit A.

30. On September 23, 2022, Wilson filed a lawsuit against SolidRF for breach of the Patent License Agreement in this Court styled *Wilson Electronics, LLC v. SolidRF Technology, Inc.*, No. 4:22-cv-00074-DN-PK (D. Utah).

**The SolidRF Patent License Agreement**

31. The Signal Boosters previously sold by SolidRF and now sold by Top Wave in the U.S. and Canada practice the claims of the Wilson License Patents and cannot be sold by SolidRF and Top Wave except under license from Wilson. On April 23, 2020, Wilson and SolidRF, and affiliates of SolidRF including Top Wave, entered into a patent license agreement (the "Patent License Agreement") [REDACTED] A copy of the Patent License Agreement is incorporated herein in its entirety as Exhibit A.

32. Among other things, the Patent License Agreement [REDACTED]

33. The Patent License Agreement [REDACTED] *Id.*

34. Pursuant to [REDACTED] of the Patent License Agreement, SolidRF agreed to [REDACTED].

35. [REDACTED] of the Patent License Agreement further provides [REDACTED]

.

36. of the Patent License Agreement provides

37. of the Patent License Agreement requires

38. Pursuant to of the Patent License Agreement,

39. of the Patent License Agreement further requires

40. In the event that such an

[redacted]

**Breach of the Agreement**

41. Upon entering into the Patent License Agreement, SolidRF and its affiliate Top Wave proceeded to sell the Licensed Products to third parties through various sales channels in the United States and Canada including dealers, resellers, Amazon.com and other online sources, and it has received substantial revenue from such sales.

42. The Licensed Products sold by SolidRF and its affiliate Top Wave include, but are not limited to, those products shown in Exhibit E, which includes products sold by SolidRF and Top Wave on Amazon.com (the "Listed Licensed Products"). SolidRF and its affiliate Top Wave were required to [redacted] SolidRF has failed to provide [redacted]

43. Additionally, SolidRF is required to [redacted] but despite

repeated demands from Wilson, SolidRF has failed to provide any [redacted] and has concealed the [redacted] and has denied Wilson its right [redacted] to timely and adequate information [redacted]

44. Since entering into the Patent License Agreement, SolidRF has only provided [redacted] SoldidRF falsely represented the amount of the aggregate selling price and substantially underreported its actual sales revenue.

45. [redacted]

46. Despite receiving substantial revenue from its sale of Licensed Products, SolidRF failed to make any payment for [redacted]

47. SolidRF and Top Wave failed to mark Licensed Products [redacted]

48. SolidRF and Top Wave failed [redacted]

49. In a letter dated June 30, 2021, Wilson notified SolidRF that its failure to [redacted], failure to provide [redacted] failure to mark [redacted] and the failure to update the [redacted]

and Wilson demanded that

50. Despite having been notified that it was in breach of the Patent License Agreement, SolidRF failed to cure any of the breaches.

51. On August 8, 2022, Wilson notified SolidRF of the exercise of its

52. On or about September 23, 2022, Wilson filed suit against SolidRF. The Complaint alleged Breach of Contract, Breach of the Covenant of Good Faith and Fair Dealing, and Unjust Enrichment. (*See Wilson Electronics v. SolidRF Technology*, Case No. 4:22-cv-74-DN-PK, ECF No. 4. (the "SolidRF Complaint").)

53. Initially counsel for SolidRF appeared to defend it, but on November 15, 2023, SolidRF's counsel moved to withdraw from the case. (*See Wilson Electronics v. SolidRF Technology*, Case No. 4:22-cv-74-DN-PK, ECF No. 58.) The motion was granted, but SolidRF failed to obtain new counsel.

54. On December 12, 2023, Magistrate Judge Paul Kohler ordered SolidRF to show cause why it should not face the sanction of dismissal for failing to obtain new counsel. (*See Wilson Electronics v. SolidRF Technology*, Case No. 4:22-cv-74-DN-PK, ECF No. 62.)

55. Thereafter, on April 2, 2024, District Judge David Nuffer entered default judgment against SolidRF in the amount of $1,338,571.62. (*See Wilson Electronics v. SolidRF Technology*, Case No. 4:22-cv-74-DN-PK, ECF No. 73.)

56. On information and belief, Top Wave did not respond to the order to show cause or care about the entry of judgment because, at the time default judgment was entered, Top Wave had already transferred all of SolidRF's assets and ongoing business to itself for the purpose of making SolidRF judgment proof, thereby defrauding Wilson of its royalties due under the Patent License Agreement and effectively rendering this Court's judgment against it a nullity.

**Top Wave Used the SolidRF Entity to Commit Fraud**

57. Shortly after the SolidRF Complaint was filed—*and while its lawyers were actively participating in the SolidRF litigation*—Top Wave transferred all of the assets and ongoing business concerns of the SolidRF entity to itself to ensure that SolidRF would not have assets to pay any judgment.

58. Top Wave disabled the Amazon storefront store that SolidRF was using to sell AmazBoost and SolidRF products to United States customers. On information and belief, these actions included transferring all SolidRF assets and inventory to Top Wave.

59. Top Wave transferred the intellectual property assets of SolidRF to itself. For example, this included the transfer of the United States trademark registration for SOLIDRF to Top Wave. Exhibit D.

60. Top Wave began operating a new Amazon seller storefront (Seller ID A1722MEQZFW8XW) in its own name. On information and belief, Top Wave also transferred all inventory of SolidRF Licensed Products to Top Wave and the new Top Wave storefront on Amazon includes some or all of the same Signal Booster products that were previously sold by SolidRF pursuant to the Patent License Agreement.

61. Top Wave used the SolidRF entity as an alter ego to enter into a licensing agreement

with Wilson, which SolidRF and Top Wave then breached. Top Wave defrauded Wilson by taking the assets of SolidRF before Wilson could collect on its judgment enforcing the Patent License Agreement. In addition, on information and belief, Top Wave purposefully kept Wilson actively involved in the underlying litigation for the purpose of delaying any judgment until after Top Wave had successfully transferred the assets of SolidRF to Top Wave.

62. Top Wave continues to operate an Amazon storefront selling thousands of AmazBoost and SolidRF products to United States customers that practice Wilson's patented technology and subject to the Patent License Agreement.

**FIRST CLAIM FOR RELIEF**
**Alter Ego Liability for Breach of the Patent License Agreement**

**Top Wave Is an Alter Ego of SolidRF**

63. Wilson hereby incorporates by reference each and every allegation of the preceding paragraphs as if fully set forth herein.

64. Since at least 2016, there has been a unity of interest and ownership between Defendant Top Wave and SolidRF such that the separate corporate identities between the entities no longer exist.

65. The unity of interest and ownership between Top Wave and SolidRF is exemplified by the fact that both Top Wave and SolidRF sold the same Signal Boosters, under the same SOLIDRF and AMAZBOOST trademarks, with the same distribution of labels approved by the FCC for those products. Although Top Wave owned the AMAZBOOST trademark, the distribution label approved by the FCC for the AmazBoost Signal Booster lists "www.SolidRf.ca" on the label. On information and belief, Top Wave obtained both the AMAZBOOST trademark

(in its own name) and the SOLIDRF trademark (in SolidRF's name) using the same contact email address: memorytechcenter@hotmail.com.

66. Additionally, shortly after Wilson filed a lawsuit against SolidRF for breach of the Patent License Agreement, SolidRF transferred its SOLIDRF trademark to Top Wave and ceased selling its Signal Boosters on Amazon.com. On information and belief, SolidRF also transferred its inventory of Signal Boosters to Top Wave who continues to sell those Signal Boosters. On information and belief, this transfer of assets from SolidRF to Top Wave was not an arms-length transaction for the fair market value of the assets transferred.

67. There is common ownership and/or control of Top Wave and SolidRF as, on information and belief, Mr. Yu Chi has signatory authority for both companies. Additionally, Mr. Yu Chi used a Top Wave email account to conduct business on behalf of SolidRF, evidencing that Top Wave actually exerted control of SolidRF via Mr. Yu Chi. *See* Exhibit F. Mr. Yu Chi identified himself to the FCC as the CEO of another entity: Shenzhen SolidRF Communications Co., Ltd.

**Top Wave Used the Corporate Form of SolidRF to Sanction Fraud**

68. As set forth above, Top Wave used SolidRF to defraud Wilson.

69. First, Top Wave used SolidRF to enter the Patent License Agreement to settle Wilson's claims of patent infringement against the SolidRF and AmazBoost Signal Boosters.

70. Top Wave then had SolidRF breach the Patent License Agreement almost immediately upon entering it, [redacted] in which it, on information and belief, falsely represented the amount of the aggregate selling price and substantially underreported its actual sales revenue to artificially lower

the payment due. SolidRF also failed [redacted]

71. When Wilson brought a lawsuit to enforce the Patent License Agreement, Top Wave had SolidRF appear to defend the case only until Top Wave transferred SolidRF's trademark SOLIDRF, its inventory of the Signal Boosters, and its ongoing business on Amazon.com to Top Wave, after which transfers SolidRF's counsel withdrew and SolidRF allowed default to be entered against it for failure to secure new counsel.

72. On information and belief, these acts by Top Wave and SolidRF were coordinated with the specific intent and result of defrauding Wilson from being able to enforce its patents, whether through claims of infringement or under Patent License Agreement, to receive value for Top Wave's and SolidRF's use of Wilson's patented technology. Indeed, the sole purpose of the transfer of assets from SolidRF to Top Wave was to make SolidRF judgment proof against Wilson's breach of contract claims and, thereby, defraud Wilson of the value of the Patent License Agreement.

73. Because Top Wave and SolidRF are alter egos, Top Wave is liable for SolidRF's breach of the Patent License Agreement and the Judgment entered against SolidRF.

**SECOND CLAIM FOR RELIEF**
**Breach of the Patent License Agreement**

74. Wilson hereby incorporates by reference each and every allegation of the preceding paragraphs as if fully set forth herein.

75. In the event Top Wave and SolidRF are not alter egos, then Top Wave is an "affiliate" of SolidRF under the Patent License Agreement and as such has breached the Patent License Agreement.

76. Top Wave is an affiliate of SolidRF [redacted], and, consequently, is subject to the terms of the Patent License Agreement.

77. The Signal Boosters sold by Top Wave in the U.S. and Canada practice the claims of the Wilson License Patents and are Licensed Products under the Patent License Agreement.

78. Top Wave has breached section 3.1 of the Patent License Agreement because [redacted]

79. Top Wave has breached section 2.6 of the Patent License Agreement because [redacted]

80. Top Wave has breached section 3.3 of the Patent License Agreement because [redacted]

81. As a result of Top Wave's breaches of the Patent License Agreement, Wilson has suffered, and will continue to suffer, damages for which Top Wave is liable, which amount is at least equal to the total Royalties it is owed under the Patent License Agreement, together with appropriate interest, and related costs and attorneys' fees.

82. Wilson is further entitled to specific performance of the Patent License Agreements' various provisions, including, but not limited to, [redacted] In the absence of specific performance Wilson will be irreparably harmed at least for the following reasons: (a) Wilson will be denied the [redacted] (b) Wilson will be denied its right to [redacted] and (c) Wilson will be denied [redacted]

**ALTERNATIVE THIRD CLAIM FOR RELIEF**
**Infringement of the '399 Patent**
**35 U.S.C. §§ 1, *et seq.***

83. Wilson hereby incorporates by reference each and every allegation of the preceding paragraphs as if fully set forth herein.

84. One of the Licensed Patents Wilson owns is U.S. Patent Number 8,755,399 (the "'399 Patent" or the "Asserted Patent"), which is attached as Exhibit G.

85. On June 17, 2014, the Asserted Patent, titled "Common-Direction Duplexer" was duly and legally issued.

86. Wilson owns all rights in the '399 Patent.

87. The '399 Patent is valid, enforceable, and was issued in full compliance of the patent laws of the United States.

88. Wilson has marked its products in accordance with 35 U.S.C. § 287(a) and requires its licensees to do the same.

89. On information and belief, Defendant is on notice of the Asserted Patent and aware of the scope of the claims of the Asserted Patent.

90. On information and belief, the Defendant is aware that the Accused Products practice the invention of at least one of the claims of the Asserted Patent.

91. If Top Wave and SolidRF are not alter egos, and Top Wave is not subject to the Patent License Agreement as an affiliate of SolidRF, Top Wave has no license to practice the Wilson Licensed Patents and without license or authorization, makes, uses, offers for sale, and/or sells the Accused Product which practices the invention of the Asserted Patent.

92. Exemplary claim 3 of the '399 Patent is reproduced below:

> 3. A signal booster comprising:
>
> a first interface port configured to receive a first-direction signal transmitted in at least one of a first frequency range and a second frequency range;
>
> a second interface port configured to receive a second-direction signal transmitted in a third frequency range spectrally between the first frequency range and the second frequency range, the second-direction signal propagating in a direction opposite that of a propagation direction of the first-direction signal;
>
> a first-direction path communicatively coupled between the first interface port and the second interface port and configured to communicate the first-direction signal from the first interface port toward the second interface port, the first-direction path including:
>
> a common-direction duplexer configured to pass the first-direction signal based on the first frequency range and the second frequency range such that the common-direction duplexer outputs at least one of a first-frequency-range signal and a second-frequency-range signal, the first-frequency-range signal being associated with the first frequency range and the second-frequency-range signal being associated with the second frequency range, the common-direction duplexer further configured to filter out the third frequency range;

a first amplifier configured to amplify the first-frequency-range signal and communicate the amplified first-frequency-range signal toward the second interface port; and

a second amplifier configured to amplify the second-frequency-range signal and communicate the amplified second-frequency-range signal toward the second interface port; and

a second-direction path communicatively coupled between the second interface port and the first interface port and configured to communicate the second-direction signal from the second interface port toward the first interface port, the second-direction path including:

a band pass filter configured to filter the second-direction signal based on the third frequency range such that the second-direction signal passes through the band pass filter, the band pass filter being further configured to filter out the first frequency range and the second frequency range; and

a third amplifier configured to amplify the second-direction signal filtered by the band pass filter, the third amplifier further configured to communicate the amplified second-direction signal toward the first interface port.

93.    As advertised on Amazon at ASIN B08TWK29NK, the Defendant's Accused Product (including products with the same architecture as the Accused Product) infringe at least claim 3 of the Asserted Patent in the manner shown in Exhibit H.

94.    The Asserted Patent claims inventions directed to devices commonly known as "cell phone boosters" or "cell phone signal boosters." Specifically, the Asserted Patent claims an architecture for such devices that allows for the efficient processing of signals in such a device.

95.    Top Wave sells a product on Amazon's U.S. marketplace that it calls "Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit, All U.S. Carriers – Compatible with Verizon, AT&T, T-Mobile, Sprint & More - 5G 4G LTE 3G FCC Approved" (the "Accused Product"). The Accused Product practices the inventions of the Asserted Patent, including its

patented cell phone booster architecture, and is depicted below:

https://www.amazon.com/dp/B0897MKSKX?th=1

96. The Accused Product practices the inventions of the Asserted Patent as detailed in the patent claim chart attached as Exhibit H.

97. Top Wave sells the Accused Product in the United States on Amazon at https://www.amazon.com/dp/B0897MKSKX?th=1 assigned ASIN B0897MKSKX. Attached as Exhibit I.

98. Numerous customers of Top Wave, in the United States, have purchased the Accused Product and provided reviews of the Accused Product on Amazon. *See id.*

99. The reviews for the Top Wave's product sold in the United States on Amazon in Exhibits I and J are from United States customers.

100. Top Wave directly infringes claim 3 of the Asserted Patent in the United States by making, using, offering for sale, selling, and/or importing the Accused Product in violation of

35 U.S.C. § 271(a) as shown in Exhibit H.

101. Top Wave is liable for infringement of the Asserted Patent under 35 U.S.C. § 271(a).

102. Top Wave's infringement of the Asserted Patent is willful and this case is exceptional, at least because Top Wave is aware of the Asserted Patent.

103. Wilson has suffered harm as a result of Top Wave's infringement of the Asserted Patent, including in the form of lost profits and diverted sales and lost market share. Wilson is entitled to recover damages sustained as a result of Top Wave's wrongful acts in an amount that is to be proven at trial, but no less than a reasonable royalty.

104. Wilson has suffered and continues to suffer irreparable harm as a result of Top Wave's sale of infringing products; as such, Wilson is entitled to an injunction against Top Wave's infringement of the Asserted Patent.

## PRAYER FOR RELIEF

Wherefore, Wilson respectfully prays that the Court enter judgment in its favor and award the following relief against Top Wave:

A. A judgment that Top Wave is the alter ego of SolidRF and is liable for Wilson's judgment against SolidRF in the amount of $1,338,571.62 plus interest awarded in the Judgment;

B. A judgment that Top Wave is an affiliate of SolidRF and has breached the Patent License Agreement;

C. A judgment for damages for Top Wave's breach of the Patent License Agreement in the amount of unpaid Royalties under the Patent License Agreement, together with all additional compensatory damages that may be awarded under law, which amount will be proven at trial;

D. A preliminary injunction enforcing the terms of the Patent License Agreement;

E. A judgment requiring specific performance and injunctive enforcement of the terms of the Patent License Agreement;

F. A judgment awarding Wilson its reasonable attorney fees and costs allowed by law;

G. A judgment that Top Wave infringes the Asserted Patent;

H. A judgment that Top Wave willfully infringes the Asserted Patent;

I. A judgment awarding Top Wave its actual damages for patent infringement in an amount to be determined at trial;

J. A finding that this case is exceptional;

K. A judgment for treble damages pursuant to 35 U.S.C. § 284;

L. An award of Plaintiff's costs and attorneys' fees pursuant to 35 U.S.C. § 285;

M. An award of pre-judgment interest and post-judgment interest as allowed by law;

N. Entry of a permanent injunction against the Defendant's continued infringement of the Asserted Patent; and

O. Any such other and further relief as the Court deems proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a jury trial on all matters triable to a jury.

DATED July 31, 2025.

Respectfully submitted,

WORKMAN NYDEGGER

By: /s/ Brian N. Platt
CHAD E. NYDEGGER
BRIAN N. PLATT

*Attorneys for Plaintiff Wilson Electronics, LLC*

## VERIFICATION

I, Jonathan Field, declare I am General Manager of Wilson Electronics, the Plaintiff in the above-captioned matter filed in the United States District Court for the District of Utah, Southern Region. I authorized the filing of this Verified Complaint. I have reviewed the factual allegations in this Verified Complaint, and to those allegations of which I have personal knowledge, I know them to be true. For those allegations of which I do not have personal knowledge, I believe those allegations to be true based on the information and documents I reviewed in connection with the preparation of this Verified Complaint, which are attached to the Verified Complaint, including the agreements and materials related to Defendant Top Wave and the related proceedings against its alter ego SolidRF.

Dated: 7/31/2025

Verified by:

Signed by:
Jonathan Field
E6ED3329F0BA4DA...

Jonathan Field, General Manager
Wilson Electronics

# EXHIBIT A
# FILED UNDER SEAL

# EXHIBIT B

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87206419**
**Filing Date: 10/18/2016**

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87206419 |
| **MARK INFORMATION** | |
| ***MARK** | SolidRF |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | SolidRF |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | SolidRF Technology Inc |
| ***STREET** | 408 Allston Avenue SE |
| ***CITY** | Calgary, AB |
| ***COUNTRY** | Canada |
| ***ZIP/POSTAL CODE (Required for U.S. applicants)** | T2H1R7 |
| **PHONE** | 1.403.305.7558 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY ORGANIZED** | Canada |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| ***IDENTIFICATION** | Amplifiers; Antennas; Audio speakers; Coaxial cables; Data processing equipment, namely, couplers; Electric connectors; Lightning conductors; Masts for wireless aerials; Optical cables; Transmitters of electronic signals; USB cables; Walkie-talkies; Electrical plugs and sockets |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/12/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/12/2016 |

| | |
|---|---|
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\872\064\87206419\xml1\ RFA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\872\064\87206419\xml1\ RFA0004.JPG |
| SPECIMEN DESCRIPTION | usb cable and audio speaker |
| **CORRESPONDENCE INFORMATION** | |
| NAME | SolidRF Technology Inc |
| FIRM NAME | SolidRF Technology Inc |
| STREET | 408 Allston Avenue SE |
| CITY | Calgary, AB |
| COUNTRY | Canada |
| ZIP/POSTAL CODE | T2H1R7 |
| PHONE | 1.403.305.7558 |
| *EMAIL ADDRESS | memorytechcenter@hotmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Xiaoli Xiong/ |
| SIGNATORY'S NAME | Xiaoli Xiong/ |
| SIGNATORY'S POSITION | Principal |
| SIGNATORY'S PHONE NUMBER | 1.403.305.7558 |
| DATE SIGNED | 10/18/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87206419**
**Filing Date: 10/18/2016**

## To the Commissioner for Trademarks:

**MARK:** SolidRF (Standard Characters, see mark)
The literal element of the mark consists of SolidRF.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, SolidRF Technology Inc, a limited liability company legally organized under the laws of Canada, having an address of
408 Allston Avenue SE
Calgary, AB T2H1R7
Canada
1.403.305.7558(phone)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Amplifiers; Antennas; Audio speakers; Coaxial cables; Data processing equipment, namely, couplers; Electric connectors; Lightning conductors; Masts for wireless aerials; Optical cables; Transmitters of electronic signals; USB cables; Walkie-talkies; Electrical plugs and sockets

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/12/2016, and first used in commerce at least as early as 08/12/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) usb cable and audio speaker.
Specimen File1
Specimen File2

The applicant's current Correspondence Information:
SolidRF Technology Inc
SolidRF Technology Inc
408 Allston Avenue SE
Calgary, AB T2H1R7, Canada
1.403.305.7558(phone)
memorytechcenter@hotmail.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the

mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Xiaoli Xiong/   Date: 10/18/2016
Signatory's Name: Xiaoli Xiong/
Signatory's Position: Principal
RAM Sale Number: 87206419
RAM Accounting Date: 10/18/2016

Serial Number: 87206419
Internet Transmission Date: Tue Oct 18 05:03:25 EDT 2016
TEAS Stamp: USPTO/BAS-XXX.XXX.XXX.XX-201610180503254
95116-87206419-570eabd8524d9f11512f41e3f
b8a7d17db56e1cd52c9af6bbd776613589f9e6cc
-CC-8203-20161018044610578451

SolidRF

SolidRF

SolidRF
VOL-

# EXHIBIT C

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87800041**
**Filing Date: 02/16/2018**

***NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.***

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | Amazboost |
| ***STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Amazboost |
| ***MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Shenzhen KunWo Science and Technology Development Co., Ltd. |
| **INTERNAL ADDRESS** | A 3rd Floor, No. 3 Phase 1YangBei park |
| ***STREET** | HuangTian Community, HangCheng Baoan |
| ***CITY** | Shenzhen |
| ***COUNTRY** | China |
| ***ZIP/POSTAL CODE (Required for U.S. and certain international addresses)** | 518128 |
| **PHONE** | +86-18675597891 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| ***TYPE** | limited company (ltd.) |
| *** STATE/COUNTRY WHERE LEGALLY ORGANIZED** | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| ***INTERNATIONAL CLASS** | 009 |
| | Amplifiers; Amplifiers for wireless communications; |

| | |
|---|---|
| *IDENTIFICATION | Antennas; Antennas for wireless communications apparatus; Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; Coaxial cables; Distribution amplifiers for audio and video signals; Electric connectors; Electric couplings; Electrical cables; Electrical plugs and sockets; Electrical signal attenuators; Lightning conductors; Masts for wireless aerials; Optical cables; Power supplies; Signal splitters for electronic apparatus; Sound mixers with integrated amplifiers; Transmitters of electronic signals; USB cables; Walkie-talkies |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/07/2018 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/07/2018 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0006.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0007.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\878\000\87800041\xml1\ FTK0008.JPG |
| SPECIMEN DESCRIPTION | sell online |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | The wording Amazboost has no meaning in a foreign language. |
| *TRANSLITERATION (if applicable) | The non-Latin characters in the mark transliterate to Amazboost and this has no meaning in a foreign language. |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| SIGNIFICANCE OF MARK | Amazboost appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance. |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Shenzhen KunWo Science and Technology Development Co., Ltd. |
| FIRM NAME | Shenzhen KunWo Science and Technology Development Co., Ltd. |
| INTERNAL ADDRESS | A 3rd Floor, No. 3 Phase 1YangBei park |

| | |
|---|---|
| ***STREET** | HuangTian Community, HangCheng Baoan |
| ***CITY** | Shenzhen |
| ***COUNTRY** | China |
| ***ZIP/POSTAL CODE** | 518128 |
| **PHONE** | +86-18675597891 |
| ***EMAIL ADDRESS** | memorytechcenter@hotmail.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 225 |
| ***TOTAL FEE PAID** | 225 |
| **SIGNATURE INFORMATION** | |
| *** SIGNATURE** | /Xuan Qin/ |
| *** SIGNATORY'S NAME** | Xuan Qin |
| *** SIGNATORY'S POSITION** | President |
| *** DATE SIGNED** | 02/16/2018 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87800041**
**Filing Date: 02/16/2018**

## To the Commissioner for Trademarks:

**MARK:** Amazboost (Standard Characters, see mark)
The mark in your application is Amazboost.

The applicant, Shenzhen KunWo Science and Technology Development Co., Ltd., a limited company (ltd.) legally organized under the laws of China, having an address of

A 3rd Floor, No. 3 Phase 1YangBei park
HuangTian Community, HangCheng Baoan
Shenzhen 518128
China
+86-18675597891(phone)
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Amplifiers; Amplifiers for wireless communications; Antennas; Antennas for wireless communications apparatus; Broadband wireless equipment, namely, telecommunications base station equipment for cellular and fixed networking and communications applications; Coaxial cables; Distribution amplifiers for audio and video signals; Electric connectors; Electric couplings; Electrical cables; Electrical plugs and sockets; Electrical signal attenuators; Lightning conductors; Masts for wireless aerials; Optical cables; Power supplies; Signal splitters for electronic apparatus; Sound mixers with integrated amplifiers; Transmitters of electronic signals; USB cables; Walkie-talkies

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/07/2018, and first used in commerce at least as early as 01/07/2018, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) sell online.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6

**Translation**
The wording Amazboost has no meaning in a foreign language.

**Transliterations**
The non-Latin characters in the mark transliterate to Amazboost and this has no meaning in a foreign language.

**Significance of wording, letter(s), or numeral(s)**

Amazboost appearing in the mark has no significance nor is it a term of art in the relevant trade or industry or as used in connection with the goods/services listed in the application, or any geographical significance.

The applicant's current Correspondence Information:

Shenzhen KunWo Science and Technology Development Co., Ltd.
Shenzhen KunWo Science and Technology Development Co., Ltd.
A 3rd Floor, No. 3 Phase 1YangBei park
HuangTian Community, HangCheng Baoan
Shenzhen 518128, China
+86-18675597891(phone)
memorytechcenter@hotmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Xuan Qin/ Date: 02/16/2018
Signatory's Name: Xuan Qin
Signatory's Position: President
Payment Sale Number: 87800041
Payment Accounting Date: 02/16/2018

Serial Number: 87800041
Internet Transmission Date: Fri Feb 16 01:26:54 EST 2018
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.XX-2018021601265423

2458-87800041-510a8b8f592ac777267a58bdb3
c71e1b53cbb40be8e484f60d73672b5519665e2-
CC-6835-20180216012513241565

# Amazboost

安全 https://www.amazon.com/Amazboost-Coaxial-Cable-Feet-Connectors/dp/B0791WRYJV/ref=sr_1_2?ie=UTF8&
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon
Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0
Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
‹ Back to search results for "Amazboost"
Amazboost
Amazboost Coaxial Cable (45 Feet) with F-F Male Connectors RG6
Be the first to review this item
Price: $50.00 & FREE Shipping
Only 16 left in stock - order soon.
Get it as soon as Feb. 7 - 12 when you choose Standard Shipping at checkout.
Ships from and sold by UCloud.
Low loss
High reliability
Connector: F type
New (2) from $40.00 + $4.99 shipping
Shop High-Quality CL2-Rated Coaxial Cables from AmazonBasics
Share
Qty: 1
$50.00 + Free Shipping
Only 16 left in stock - order soon.
Sold by UCloud
Add to Cart
Turn on 1-Click ordering for this browser
Ship to:
atlanta, 30301
Add to List

https://www.amazon.com/Coaxial-Terminal-termination-Dummy-50ohm/dp/B078XTRVG7/ref=sr_1_5?ie=UTF8
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0
Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
‹ Back to search results for "Amazboost"
Amazboost
200W RF Coaxial Terminal termination Dummy load 50ohm
Be the first to review this item
Price: $800.00 & FREE Shipping
Item is eligible: No interest if paid in full within 12 months with the Amazon.com Store Card. Apply now
Only 10 left in stock - order soon.
Get it as soon as Feb. 7 - 12 when you choose Standard Shipping at checkout.
Ships from and sold by UCloud.
Wideband coverage, designed for frequencies from DC to 3000MHz;
VSWR≤1.5;
Impedance : 50 Ohm;
Max input power: 200 Watt;
Connector:N type
Share
Qty: 1
$800.00 + Free Shipping
Only 10 left in stock - order soon.
Sold by UCloud
Add to Cart
Turn on 1-Click ordering for this browser
Ship to:
atlanta, 30301
Add to List

https://www.amazon.com/Air-Directional-Coupler-698-2700-type/dp/B078XTTY8S/ref=sr_1_3?ie=UTF8&qid=
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon
Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0
Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
‹ Back to search results for "Amazboost"
Amazboost
6 dB, Air Directional Coupler, 698–2700 MHz , N type
Be the first to review this item
Price: $30.00 & FREE Shipping
Only 15 left in stock - order soon.
Get it as soon as Feb. 7 - 12 when you choose Standard Shipping at checkout.
Ships from and sold by UCloud.
PIM: ≤ -100 dBc ; Method: Two +43dBm carriers;
Impedance: 50Ω ; Operating Temp: -30ºC to +75ºC;
Coupling Tolerance: ±0.8dB ;
Average Power:50W ; Peak Power: 300W;
Compliance & Application: ROHS/IP65 & Indoor/Outdoor
New (2) from $30.00 & FREE shipping.
Share
Qty: 1
$30.00 + Free Shipping
Only 15 left in stock - order soon.
Sold by UCloud
Add to Cart
Turn on 1-Click ordering for this browser
Ship to:
atlanta, 30301
Add to List

https://www.amazon.com/Amazboost-AC-DC-5-9V-Power/dp/B0791YN4TB/ref=sr_1_1?ie=UTF8&qid=151753
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0 Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
‹ Back to search results for "amazboost"
Amazboost
Amazboost AC/DC 5.9V 3A Power
Be the first to review this item
Price: $30.00 & FREE Shipping
Only 15 left in stock - order soon.
Get it as soon as Feb. 7 - 12 when you choose Standard Shipping at checkout.
Ships from and sold by UCloud.
Input voltage：AC90~264V
Output voltage：DC5.9V
Load current：3A
New (2) from $30.00 & FREE shipping.
Share
Qty: 1
$30.00 + Free Shipping
Only 15 left in stock - order soon.
Sold by UCloud
Add to Cart
Turn on 1-Click ordering for this browser
Ship to:
atlanta, 30301
Add to List

https://www.amazon.com/Four-way-Splitter-698-2700-type/dp/B078XTPK7J/ref=sr_1_6?ie=UTF8&qid=15175
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon
Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0
Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
‹ Back to search results for "Amazboost"
Amazboost
Four way Splitter, 698–2700 MHz, N type
Be the first to review this item
Available from these sellers.
Insertion Loss:<6.6dB;
VSWR: <1.3:1;
Avg Power: 5W; Peak Power: 30W;
Impedance: 50 Ω;
New (1) from $40.00 + $4.99 shipping
fire tv
$69.99 $54.99
Limited-time offer
Share
See All Buying Options
Add to List
Have one to sell?
Sell on Amazon

https://www.amazon.com/Two-way-Splitter-698-2700-type/dp/B078XTXRKS/ref=sr_1_4?ie=UTF8&qid=15175
NEW & INTERESTING FINDS ON AMAZON
EXPLORE
amazon
Try Prime
Cell Phones & Acces...
Amazboost
Shop Valentine's Day Deals
Departments
Your Amazon.com
Today's Deals
Gift Cards
EN
Hello. Sign in
Account & Lists
Orders
Try Prime
0
Cart
Cell Phones & Accessories
Carrier Phones
Unlocked Phones
Prime Exclusive Phones
Accessories
Cases
Wearable Technology
Best Sellers
Deals
$10 & Under with FREE shipping
Back to search results for "Amazboost"
Amazboost
Two way Splitter, 698–2700 MHz, N type
Be the first to review this item
Available from these sellers.
Insertion Loss: <3.4dB;
VSWR: <1.3:1;
Avg Power: 5W; Peak Power: 30W;
Impedance: 50 Ω;
New (1) from $30.00 + $4.99 shipping
Share
See All Buying Options
Add to List
Have one to sell?
Sell on Amazon
firetv
$69.99 $54.99
Limited-time offer

# EXHIBIT D

900743538 01/11/2023

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

ETAS ID: TM779820

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| SolidRF Technology Inc | | 01/09/2023 | Corporation: CANADA |

**RECEIVING PARTY DATA**

| Name: | Shenzhen KunWo Science and Technology Development Co, Ltd. |
|---|---|
| Street Address: | 203, Building 11, Fuyong Yiku |
| Internal Address: | Fuzhou Avenue, Bao'an District |
| City: | Shenzhen |
| State/Country: | CHINA |
| Postal Code: | 518000 |
| Entity Type: | limited company (ltd.): CHINA |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 87206419 | SOLIDRF |

**CORRESPONDENCE DATA**

**Fax Number:**

***Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.***

**Email:** carlonardone.law@gmail.com,amoston_ip@hotmail.com
**Correspondent Name:** Carlo Nardone
**Address Line 1:** 5727 N Hanlin
**Address Line 4:** Azusa, CALIFORNIA 91702

| NAME OF SUBMITTER: | Carlo Nardone |
|---|---|
| SIGNATURE: | /Carlo Nardone/ |
| DATE SIGNED: | 01/11/2023 |

**Total Attachments: 1**
source=1#page1.tif

OP $40.00 87206419

# Transfer Agreement

in respect of Trade Mark Registration No. 87206419 (USPTO )

The owner of Trademark Application/Certificate No. 87206419, SolidRF Technology Inc
408 Allston Avenue SECalgary, AB CANADA T2H1R7 (Assignor)
and
Shenzhen KunWo Science and Technology Development Co, Ltd.
203, Building 11, Fuyong Yiku, Fuzhou Avenue, Bao'an District, Shenzhen, Guangdong
(Assignee) have concluded the present agreement concerning the following:

1. The Assignor assigns and the Assignee accepts all the rights to Trademark Application/Registration Certificate No. 87206419 concerning all the goods/services of classes 09 for which the mentioned trademark has been applied/registered in USPTO.
2. On the ground of the above-mentioned the Assignor and the Assignee declare that from the date of the present agreement, in the USPTO the new owner of Trademark Application/Registration Certificate No. 87206419 is Shenzhen KunWo Science and Technology Development Co, Ltd..
3. All the expenses concerning the recordal of the present Assignment Agreement are borne by the Assignee.
4. All the disputes between the Assignor and the Assignee concerning this agreement shall be settled by negotiations.
5. In case of failing to settle the disputes by negotiations the matter shall be brought into court.
6. The present agreement shall be executed regardless of other contracts and agreements with third parties and regardless the obligations of the Assignor and the Assignee before third parties.

7.the goodwill of the business/individual relating to the products and services on which the marks are used and for which they are registered.

8. Signature and Stamp of the Assignor Ying Zhang

Name and position of the signatory CEO

Date 09.01.2023

9. Signature and Stamp of the Assignee Xuan Qin

Name and position of the signatory CEO

Date 09.01.2023

# EXHIBIT E

## Listed Licensed Products

| Brand | Product Name / Model |
| --- | --- |
| Amazboost | Amazboost A1 Cell Phone Booster (black) |
| SolidRF | SolidRF SignalPlus |
| Amazboost | AmazBoost 5 Band (Directional/Whip) |
| Amazboost | Amazboost A2 Cell Phone Signal Booster |
| Amazboost | Amazboost A0 Cell Phone Signal Booster Kit |
| Amazboost | Amazboost A0 Cell Phone Singal Booster Kit (White) |
| Amazboost | Amazboost A1 Cell phone booster (white) |
| SolidRF | SolidRF Cell Phone Booster (White) - same as A0 model |
| SolidRF | SolidRF 5 Band Directional/2Panel |
| SolidRF | SolidRF - RV & Truck Cell Phone Signal Booster Kit |
| SolidRF | SolidRF 3 Band (Yagi/Whip) |
| Amazboost | Amazboost A6 Cell Phone Signal Booster Kit |
| SolidRF | SolidRF Speed Pro Plus |
| Amazboost | Amazboost Vehicle Cell Phone Signal Booster Kit for Car |
| SolidRF | SolidRF MobileForce 4G |
| SolidRF | SolidRF Cell Phone Booster for Car - Portable Mobile Cell Signal Booster Kit |
| SolidRF | SolidRF-High Data Speed Cell Phone Signal Booster All in One On Roof |
| Amazboost | Amazboost T1 Cell Phone Booster for RV & Truck |
| SolidRF | SolidRF Cell Phone Booster for Home & RV Up to 3 000 sq ft, Boost 3G/4G/5G LTE Data, Cell Phone Signal Booster kit, Band 12,13,5, 25,2, 4, Compatible with All U.S Devices &Network FCC Approved |
| Amazboost | Amazboost A4 Cell Phone Booster Kit |
| SolidRF | SolidRF Cell Phone Signal Booster Kit |
| SolidRF | SolidRF Cell Phone Signal Booster Kit with adapter |
| Amazboost | Amazboost Cell Phone Signal Booster Kit for Home |
| SolidRF | SolidRF Cell Phone Signal Booster Kit - Omni Antenna, 2 panel antennas |
| Amazboost | Amazboost Cell Phone Booster Kit with Panel Antenna and Pole |
| Amazboost | Amazboost A0 PRO Cell Phone Booster Kit |
| SolidRF | SolidRF Cell Phone Signal Booster Kit - Black |
| Amazboost | Amazboost M1 Cell Phone Booster for Car, RV, Truck |
| SolidRF | SolidRF Cell Phone Signal Booster Kit - Omni External, Whip internal |
| Amazboost | Amazboost Cell Phone Booster for Car, Truck, SUV (Grey) |
| SolidRF | SolidRF Cell Phone Booster for Car, Truck, SUV (Grey) |
| Amazboost | Amazboost Cell Phone Booster for Car Truck,RV, SUV (Grey) |
| SolidRF | SolidRF Cell Phone Booster for Car, SUV or Van (Silver) |
| SolidRF | SolidRF-Cell Phone Signal Booster for Home Office (White) |
| Amazboost | Amazboost Cell Phone Booster for Building-2 Interior Dome Antennas Compatible with All U.S. Carriers,Coverage Area Up to 12,000 sq ft.High Data Speed for Multi Room,Multi FloorsBuildingForce-XD Kit |
| Amazboost | Amazboost A3 Cell Phone Booster |
| SolidRF | SolidRF RV Rooftop |
| SolidRF | SolidRF Cell Phone Booster Kit - External / outside Booster |
| Amazboost | Amazboost A3 Cell Phone Booster |

# EXHIBIT F



ShenZhen SolidRF Communications Co., Ltd
Add: No.8,shop D,Block C,Shan Shui Ju,Longwei RD
Tel: +86-755-83142660
Email: chiyutopwave@163.com

# FCC Authorization

Date: 2019-5-10

FEDERAL COMMUNICATIONS COMMISSION
Authorization and Evaluation Division
7435 Oakland Mills Road
Columbia, MD 21046

Subject: Agent Authorization

To whom it may concern:

We , ShenZhen SolidRF Communications Co., Ltd, Hereby authorizes Bay Area Compliance Laboratories Corporation to act on its behalf in all matters relating to application for Equipment authorization, including the signing of all documents relating to these matters. All acts carried out by Bay Area Compliance Laboratory Corporation on our behalf shall have the same effect as our own action.

We, the undersigned, hereby certify that we are not subject to a denial of federal benefits, that includes FCC benefits, pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. 862.

This authorization is valid until further written notice from the applicant.

Sincerely Yours,
Signature: YuChi

Printed Name :Yu Chi
Title: CEO

# Exhibit G

US008755399B1

(12) **United States Patent**
**Van Buren et al.**

(10) **Patent No.: US 8,755,399 B1**
(45) **Date of Patent: Jun. 17, 2014**

(54) **COMMON-DIRECTION DUPLEXER**

(71) Applicant: **Wilson Electronics, LLC**, St. George, UT (US)

(72) Inventors: **Vernon A. Van Buren**, Cedar City, UT (US); **Christopher K. Ashworth**, St. George, UT (US); **James W. Wilson**, Diamond Valley, UT (US)

(73) Assignee: **Wilson Electronics, LLC**, St. George, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/837,125**

(22) Filed: **Mar. 15, 2013**

(51) **Int. Cl.**
***H04L 12/28*** (2006.01)
*H04J 1/16* (2006.01)

(52) **U.S. Cl.**
USPC ............ **370/430**; 370/252; 370/315; 370/419

(58) **Field of Classification Search**
USPC .................................. 370/252, 419, 430, 315
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,208,563 | A * | 5/1993 | Russell et al. | 333/109 |
| 7,250,830 | B2 | 7/2007 | Layne et al. | |
| 2008/0186106 | A1* | 8/2008 | Christian et al. | 333/133 |
| 2011/0261727 | A1* | 10/2011 | Han | 370/277 |

OTHER PUBLICATIONS

Office Action mailed Oct. 28, 2013 in U.S. Appl. No. 13/836,928.

* cited by examiner

*Primary Examiner* — John Pezzlo
(74) *Attorney, Agent, or Firm* — Maschoff Brennan

(57) **ABSTRACT**

A common-direction duplexer may include a common port, a first-band port, and a second-band port. The common-direction duplexer may also include a first filter between the common port and the first-band port. The first filter may be configured to pass a first frequency range and filter out a second frequency range and a third frequency range. The first and second frequency ranges may be associated with a first-direction signal transmitted in the first and/or second frequency range. The third frequency range may be spectrally between the first and second frequency ranges and may be associated with a second-direction signal that propagates in a direction opposite that of the first-direction signal. The common-direction duplexer may also include a second filter between the common port and the second-band port. The second filter may be configured to pass the second frequency range and filter out the first and third frequency ranges.

**12 Claims, 9 Drawing Sheets**

700
Receive A First-Direction Signal Transmitted In A First Frequency Range And/Or A Second Frequency Range
702
Filter The First-Direction Signal Based On The First Frequency Range
704
Filter The First-Direction Signal Based On The Second Frequency Range
706
Receive A Second-Direction Signal Transmitted In A Third Frequency Range
708
Filter The Second-Direction Signal Based On The First Frequency Range And/Or The Second Frequency Range
710



122
118
120
116
124
118
120
116
110
112
102
Common-Direction Duplexer
106
108
104
114
118
120
116

Fig. 1A



126
118
120
116
128
118
120
116
110
112
102
Common-Direction Duplexer
106
108
104
130
118
120
116

*Fig. 1B*







*Fig. 2*



302
308
311
Uplink
CDD
312
Downlink
BPF
320
313
315
314a
Amplifier
Chain
314b
Amplifier
Chain
Controller
323
314c
Amplifier
Chain
304
306
319
317
Uplink
CDD
316
Downlink
BPF
318
321
310

Fig. 3



402
408
424a
Signal/Splitter Combiner 422a
426a
428a
Uplink CDD 412
Downlink BPF 420
414a
Amplifier Chain
414b
Amplifier Chain
Controller 423
414c
Amplifier Chain
404
406
Uplink CDD 416
Downlink BPF 418
426b
428b
Signal/Splitter Combiner 422b
410
424b

Fig. 4



502
508
510
504
506
524a
524b
Matching Network 522a
Matching Network 522b
526a
528a
526b
528b
Uplink CDD 512
Uplink CDD 516
Downlink BPF 520
Downlink BPF 518
514a
Amplifier Chain
514b
Amplifier Chain
514c
Amplifier Chain
Controller 523

*Fig. 5*



602
608
624
Circulator
622
626
628
Uplink
CDD
612
Downlink
BPF
620
614a
Amplifier
Chain
614b
Amplifier
Chain
Controller
623
614c
Amplifier
Chain
604
606
Uplink
CDD
616
Downlink
BPF
618
636
634
Circulator
630
632
610

*Fig. 6*



700
Receive A First-Direction Signal Transmitted In A First Frequency Range And/Or A Second Frequency Range
702
Filter The First-Direction Signal Based On The First Frequency Range
704
Filter The First-Direction Signal Based On The Second Frequency Range
706
Receive A Second-Direction Signal Transmitted In A Third Frequency Range
708
Filter The Second-Direction Signal Based On The First Frequency Range And/Or The Second Frequency Range
710

*Fig. 7*



800
Receive A First Signal At A First Port Of A Circulator
802
Direct The First Signal Away From A Second Port Of The Circulator And Toward A Third Port Of The Circulator
804
Receive A Second Signal At The Third Port Of The Circulator
806
Direct The Second Signal Toward The Second Port And Away From the First Port
808

*Fig. 8*

# COMMON-DIRECTION DUPLEXER

## FIELD

The present disclosure relates to a common-direction duplexer.

## BACKGROUND

Wireless communications may be used in a wide variety of applications and for a variety of uses. Because of the many uses, portions of a frequency spectrum (commonly referred to as "bands") used for wireless communications may be designated for certain uses to help reduce interference.

Additionally, in a wireless communication system, communication may occur as uplink communications and downlink communications. Uplink communications refer to communications that originate at a wireless communication device (referred to hereinafter as "wireless device") and that are transmitted to an access point (e.g., base station, remote radio head, wireless router, etc.) associated with the wireless communication system. Downlink communications refer to communications from the access point to the wireless device.

Frequency ranges (often referred to as "frequency bands" or "bands") within the frequency spectrum may be designated for use by the wireless communication system. In some instances, a designated band may include an uplink band for uplink communications and a downlink band used for downlink communications. In some instances, the frequency ranges associated with the uplink and downlink bands within the designated band may be separated by a certain degree of frequency spacing referred to as a guard band. The guard band may help reduce interference between signals transmitted in the uplink band and the downlink band.

In some instances, a wireless communication system may be configured to operate in multiple designated frequency bands (e.g., a first communication band and a second communication band) that may each include uplink and downlink bands. In some of these instances, the downlink band associated with the first communication band ("first downlink band") may be spectrally adjacent to the downlink band associated with the second communication band ("second downlink band"), while the uplink bands associated with the first and second communication bands ("first uplink band" and "second uplink band," respectively) may be separated by a guard band, that may include the first and second downlink bands. In other instances, the first uplink band may be spectrally adjacent to the second uplink band, while the first and second downlink bands associated with the first and second communication bands may be separated by a guard band that may include the first and second uplink bands. A wireless communication system configured to operate in the first communication band and the second communication band may experience problems processing wireless communication signals when the uplink bands or the downlink bands of the first and second communication bands are spectrally adjacent and/or the corresponding downlink or uplink bands are not spectrally adjacent.

Additionally, in these or other instances, the guard bands between bands may be substantially narrow. Filtering two bands that may be separated by a narrow guard band (e.g., a guard band less than 30 megahertz) may also be difficult and/or may add cost to systems configured to process the signals.

The subject matter claimed herein is not limited to embodiments that solve any disadvantages or that operate only in environments such as those described above. Rather, this

background is only provided to illustrate one example technology area where some embodiments described herein may be practiced.

## SUMMARY

According to an aspect of an embodiment, a common-direction duplexer may include a common port, a first-band port, and a second-band port. The common-direction duplexer may also include a first filter communicatively coupled between the common port and the first-band port. The first filter may be configured to pass a first frequency range and filter out a second frequency range and a third frequency range. The first frequency range and the second frequency range may be associated with a first-direction signal that may be transmitted in at least one of the first frequency range and the second frequency range. The third frequency range may be spectrally between the first frequency range and the second frequency range and may be associated with a second-direction signal that propagates in a direction opposite that of the first-direction signal. The common-direction duplexer may also include a second filter communicatively coupled between the common port and the second-band port. The second filter may be configured to pass the second frequency range and filter out the first frequency range and the third frequency range.

The object and advantages of the embodiments will be realized and achieved at least by the elements, features, and combinations particularly pointed out in the claims. It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory and are not restrictive of the invention, as claimed.

## BRIEF DESCRIPTION OF THE DRAWINGS

Example embodiments will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIGS. **1**A and **1**B illustrate an example embodiment of a common-direction duplexer;

FIG. **2** illustrates an example wireless communication system;

FIGS. **3-6** illustrates example embodiments of a signal amplifier;

FIG. **7** is a flow chart of an example method of processing a signal; and

FIG. **8** is a flow chart of an example method of providing isolation between filters

## DESCRIPTION OF EMBODIMENTS

According to some embodiments, a device may be configured as a common-direction duplexer to facilitate the processing of wireless communications signals by a wireless communication system operating in a first frequency range (referred to hereinafter as "the first communication band") and a second frequency range (referred to hereinafter as "the second communication band"). The term "frequency range" may refer to one or more applicable frequencies within the electromagnetic spectrum and may also be referred to as a "frequency band," a "communication band," or a "band." Further, in some instances a "band," "frequency band," or "communication band" may refer to a contiguous frequency range while in other instances the terms "band," "frequency band," or "communication band" may refer to multiple non-contiguous frequency ranges. Additionally, as indicated

above, a "band," "frequency band," or "communication band" may include one or more sub-bands (e.g., a communication band may include an uplink band and a downlink band).

The common-direction duplexer may facilitate processing wireless communication signals in which uplink bands or downlink band of the first communication band and the second communication band are spectrally adjacent and in which the corresponding downlink or uplink bands are separated by a guard band, which in some instances may include the spectrally adjacent bands.

A common-direction duplexer disclosed herein may include a common port, a first-band port, and a second-band port. The common-direction duplexer may also include a first filter communicatively coupled between the common port and the first-band port. The first filter may be configured to pass a first frequency range associated with wireless communications and filter out a second frequency range and a third frequency range associated with the wireless communications. In some embodiments, the first frequency range and the second frequency range may include a first uplink band and a second uplink band, respectively. Additionally, the third frequency range may include a first downlink band and second downlink band and may be spectrally outside of and between the first frequency range and the second frequency range. In other embodiments, the first frequency range and the second frequency range may include a first downlink band and a second downlink band, respectively, and the third frequency range may include a first uplink band and second uplink band and may be spectrally outside of and between the first frequency range and the second frequency range.

The above configuration of a common-direction duplexer may allow for processing wireless communication signals that may operate in the first communication band and/or the second communication band, where uplink or downlink bands associated with the first communication band and the second communication band are separated by a guard band. Additionally, in some embodiments, the common-direction duplexer may be included in a signal booster configured to amplify wireless communication signals (e.g., radio frequency (RF) signals) that may operate in the first communication band and/or in the second communication band, in which uplink bands or downlink bands of the first communication band and the second communication band are spectrally adjacent and/or in which the corresponding downlink or uplink bands are separated by a guard band that may include the spectrally adjacent bands, as explained in further detail below.

FIGS. **1**A and **1**B illustrate an example embodiment of a common-direction duplexer **102**, arranged in accordance with at least some embodiments described herein. The common-direction duplexer **102** may include a common port **104**, a first filter **106**, a second filter **108**, a first-band port **110**, and a second-band port **112**. The common port **104** may be any suitable system, apparatus, or device configured to receive, as an input signal, a signal from outside of the common-direction duplexer and communicate the received signal to the first filter **106** and the second filter **108**. The common port **104** may also be configured to receive wireless communication signals from at least one of the first filter **106** and the second filter **108** and emit the signals outside of the common-direction duplexer **102**.

The first filter **106** may be configured to filter signals received at the first filter **106** based on a first frequency range **116** such that frequencies within the first frequency range **116** may pass through the first filter **106** and frequencies outside of the first frequency range **116** may be substantially filtered out (e.g., substantially attenuated) by the first filter **106**. Therefore, the first filter **106** may output signals based on the first frequency range **116**, where the output signals may include frequencies of the received signals that are within the first frequency range **116** and where frequencies outside of the first frequency range **116** may be substantially attenuated. In some embodiments, the first frequency range **116** may include a specific band associated with wireless communications, such as an uplink band of a first communication band (referred to hereinafter as "the first uplink band"). The first filter may be implemented using any suitable filtering technology including, but not limited to, surface acoustic wave (SAW) filters, bulk acoustic wave (BAW) filters, and ceramic filters.

The second filter **108** may be configured to filter signals received at the second filter **108** based on a second frequency range **118** such that frequencies within the second frequency range **118** may pass through the second filter **108** and frequencies outside of the second frequency range **118** may be substantially filtered out (e.g., substantially attenuated) by the second filter **108**. Therefore, the second filter **108** may output signals based on the second frequency range **118**, where the output signals may include frequencies of the received signals that are within the second frequency range **118** and where frequencies outside of the second frequency range may be substantially attenuated. In some embodiments, the second frequency range **118** may include a specific band associated with wireless communications, such as an uplink band of a second communication band (referred to hereinafter as "the second uplink band"). Similar to the first filter, the second filter **108** may be implemented using any suitable filtering technology including, but not limited to, SAW filters, BAW filters, and ceramic filters.

FIG. **1**A illustrates operation of the common-direction duplexer **102** with respect to an input signal **114** that may be received at the common port **104**, according to some embodiments of the present disclosure. In the illustrated embodiment of FIG. **1**A, the input signal **114** is depicted in the frequency domain and may be a wideband signal transmitted in different frequency ranges. For example, in the illustrated embodiment, the input signal **114** may be transmitted in the first frequency range **116**, the second frequency range **118**, and the third frequency range **120**. In some embodiments, the first frequency range **116** may be the first uplink band associated with the first communication band and the second frequency range **118** may be the second uplink band associated with the second communication band discussed above. Additionally, the third frequency range **120** may include a first downlink band (referred to hereinafter as "the first downlink band") and a second downlink band (referred to hereinafter as "the second downlink band") associated with the first communication band and the second communication band, respectively. The first downlink band and the second downlink band may be spectrally adjacent to each other and may be included in the guard band between the first uplink band and the second uplink band.

For example, in a 700 Megahertz (MHz) band plan for commercial services of the Third Generation Partnership Project (3GPP) standard associated with wireless communications (referred to hereinafter as "the 700 MHz band plan"), the twelfth band (referred to hereinafter as "Band 12") of the 700 MHz band plan may include frequencies in the 698-746 MHz range and the thirteenth band (referred to hereinafter as "Band 13") may include frequencies in the 746-787 MHz range. Additionally, the uplink band associated with the Band 12 may include frequencies in the 698-716 MHz range and the downlink band associated with the Band 12 may include frequencies in the 728-746 MHz range. Further, the downlink

band associated with the Band 13 may include frequencies in the 746-757 MHz range, and the uplink band associated with the Band 13 may include frequencies in the 776-787 MHz range. Therefore the uplink bands associated with the Band 12 and the Band 13 may be separated by a guard band that includes the downlink bands associated with the Band 12 and the Band 13. Additionally, the downlink bands associated with the Band 12 and the Band 13 may be spectrally adjacent to each other.

Therefore, in one example, the frequency ranges **116**, **118**, and **120** illustrated in FIG. **1**A, may be representative of the different uplink and downlink bands in the Band 12 and the Band 13. For example, in some embodiments, the first frequency range **116** may be representative of the uplink band of the Band 12, the second frequency range **118** may be representative of the uplink band of the Band 13, and the third frequency range **120** may be representative of the downlink bands of both the Bands 12 and 13.

By way of another example, the 700 MHz band plan and an 800 MHz band plan for the United States may include a 700 MHz public safety band and an 800 MHz public safety band, respectively. The 700 MHz public safety band may include a downlink band that may include frequencies in the 758-775 MHz range and may also include an uplink band that may include frequencies in the 793-805 MHz range. Further, an uplink band associated with the 800 MHz public safety band may include frequencies in the 805-815 MHz range, and a downlink band associated with the 800 MHz public safety band may include frequencies in the 851-868 MHz range. Therefore the downlink bands associated with the 700 MHz and 800 MHz public safety bands may be separated by a guard band that includes the uplink bands associated with the 700 MHz and 800 MHz public safety bands. Additionally, the uplink bands associated with the 700 MHz and 800 MHz public safety bands may be spectrally adjacent to each other.

Therefore, in another example, the frequency ranges **116**, **118**, and **120** illustrated in FIG. **1**A, may be representative of the different uplink and downlink bands in the 700 MHz and 800 MHz public safety bands. For example, in some embodiments, the first frequency range **116** may be representative of the downlink band of the 700 MHz public safety band, the second frequency range **118** may be representative of the downlink band of the 800 MHz public safety band, and the third frequency range **120** may be representative of the uplink bands of both the 700 MHz and 800 MHz public safety bands.

In the illustrated embodiment of FIG. **1**A, the common port **104** may be configured to communicate the input signal **114** to the first filter **106** and the second filter **108**. The first filter **106** may be configured to filter signals based on the first frequency range **116** (e.g., the uplink band of the Band 12 or the downlink band of the 700 MHz public safety band) such that, upon receiving the input signal **114**, the first filter **106** may allow the first frequency range **116** to pass through the first filter **106** while filtering out frequencies outside of the first frequency range **116** (e.g., the second frequency range **118** and the third frequency range **120**).

Therefore, in the illustrated embodiment of FIG. **1**A, the first filter **106** may be configured to output a first-frequency-range signal **122** based on the first frequency range **116** where the first-frequency-range signal **122** may be transmitted in the first frequency range **116** and where frequencies outside of the first frequency range **116** (e.g., frequencies within the second frequency range **118** and the third frequency range **120**) may be significantly attenuated (e.g., attenuated by a factor between 6 decibels (dB) and 60 dB). The first filter **106** may be configured to communicate the first-frequency-range signal **122** to the first-band port **110**, which may emit the first-frequency-range signal **122**.

The second filter **108** may be configured to filter signals based on the second frequency range **118** (e.g., the uplink band of the Band 13 or the downlink band of the 800 MHz public safety band) such that, upon receiving the input signal **114**, the second filter **108** may allow the second frequency range **118** to pass through the second filter **108** while filtering out frequencies outside of the second frequency range **118** (e.g., the first frequency range **116** and the third frequency range **120**).

Therefore, in the illustrated embodiment of FIG. **1**A, the second filter **108** may be configured to output a second-frequency-range signal **124** based on the second frequency range **118** where the second-frequency-range signal **124** may be transmitted in the second frequency range **118** and where frequencies outside of the second frequency range **118** (e.g., frequencies within the first frequency range **116** and the third frequency range **120**) may be significantly attenuated. The second filter **108** may be configured to communicate the second-frequency-range signal **124** to the second-band port **112**, which may emit the second-frequency-range signal **124**.

Therefore, the common-direction duplexer **102** may output the first-frequency range-signal **122** communicated in the first frequency range **116** and the second-frequency-range signal **124** communicated in the second frequency range **118** in response to receiving the input signal **114**. Modifications may be made to the input signal **114** without departing from the scope of the present disclosure. For example, in some embodiments, the first frequency range **116** and the second frequency range **118** may be associated with different uplink bands and the third frequency range **120** may be associated with one or more downlink bands, such as described above with respect to Bands 12 and 13. In some of these embodiments, the input signal **114** may be an uplink signal communicated in the first frequency range **116** and/or the second frequency range **118**. But, in these and other embodiments, the input signal **114** may not be communicated in the third frequency range **120** because the third frequency range **120** may be associated with downlink signals and communications and not uplink signals and communications.

In other embodiments, the first frequency range **116** and the second frequency range **118** may be associated with different downlink bands and the third frequency range **120** may be associated with one or more uplink frequency ranges, such as described above with respect to the 700 MHz and 800 MHz public safety bands. In these and other embodiments, the input signal **114** may be a downlink signal communicated in the first frequency range **116** and/or the second frequency range **118**. But, in these and other embodiments, the input signal **114** may not be communicated in the third frequency range **120** because the third frequency range **120** may be associated with uplink signals and communications and not downlink signals and communications.

FIG. **1**B illustrates operation of the common-direction duplexer **102** with respect to a first input signal **126** that may be received at the first-band port **110** and a second input signal **128** that may be received at the second-band port **112**, according to some embodiments of the present disclosure. The first input signal **126** and the second input signal **128** are depicted in the frequency domain and, in the illustrated embodiment, may be transmitted in the first frequency range **116**, the second frequency range **118** and the third frequency range **120**. Accordingly, the first input signal **126** and the second input signal **128** of FIG. **1**B may be substantially similar to the input signal **114** of FIG. **1**A. However, the first input signal **126** may be received at the first-band port **110** and the second input

signal **128** may be received at the second-band port **112** instead of being received at the common port **104**, like the input signal **114**. The first-band port **110** may be configured to communicate the first input signal **126** toward the first filter **106** and the second-band port **112** may be configured to communicate the second input signal **128** toward the second filter **108**. As mentioned above, the first filter **106** may be configured to allow the first frequency range **116** to pass through the first filter **106** such that the first filter **106** may allow the first frequency range **116** of the first input signal **126** to pass through the first filter **106** while attenuating the second frequency range **118** and the third frequency range **120**. Similarly, as mentioned above, the second filter **108** may be configured to allow the second frequency range **118** of the second input signal **128** to pass through the second filter **108** while attenuating the first frequency range **116** and the third frequency range **120**.

The first filter **106** may be configured to communicate the filtered first signal **126** toward the common port **104** and the second filter **108** may be configured to communicate the filtered second signal **128** toward the common port **104**. In instances when the filtered first signal **126** and the filtered second signal **128** are communicated to the common port **104** at substantially the same time, the common port **104** (or another element of the common-direction duplexer **102** before the common port **104**) may be configured to combine the filtered first signal **126** and the filtered second signal **128** into an output signal **130**. Accordingly, the output signal **130** may be communicated in the first frequency range **116** and the second frequency range **118** in response to the first-band port **110** and the second-band port **112** receiving the first signal **126** and the second signal **128**, respectively. Additionally, the third frequency range **120** within the output signal **130** may be significantly attenuated due to the first filter **106** and the second filter **108**.

In instances when the filtered first signal **126** and the filtered second signal **128** are not communicated to the common port **104** at substantially the same time, the common port **104** may output the filtered first signal **126** or the filtered second signal **128** without outputting the other filtered signal. For example, upon receiving only the filtered first signal **126** from the first filter **106**, the common port **104** may output the filtered first signal **126**, which may be communicated in the first frequency range **116** and in which the second frequency range **118** and the third frequency range **120** may be significantly attenuated. As another example, upon receiving only the filtered second signal **128** from the second filter **108**, the common port **104** may output the filtered second signal **128**, which may be communicated in the second frequency range **118** and in which the first frequency range **116** and the third frequency range **120** may be significantly attenuated.

As mentioned above, the first frequency range **116** and the second frequency range **118** may both be associated with uplink bands or may both be associated with downlink bands. Therefore, the first filter **106** and the second filter **108** of the common-direction duplexer **102** may both be associated with uplink bands or may both be associated with downlink bands such that the common-direction duplexer **102** may be configured to receive and output signals at the common port **104**, the first-band port **110**, and the second-band port **112** that typically propagate in the same direction. In contrast, a conventional duplexer typically includes a filter configured based on uplink bands and another filter configured based on downlink bands such that the conventional duplexer may be configured to receive and output signals at common, uplink, and downlink ports of the conventional duplexer that typically propagate in different directions. Additionally, as mentioned above, in some embodiments, the common-direction duplexer **102** may be included in a signal booster configured to apply a gain to wireless signals communicated in the first frequency range **116**, the second frequency range **118**, and/or the third frequency range **120**. In some of these embodiments, the first frequency range **116** may be associated with a first uplink band included in a first communication band, the second frequency range **118** may be associated with a second uplink band included in a second communication band, and the third frequency range **120** may be associated with spectrally adjacent first and second downlink bands included in the first communication band and the second communication band, respectively. In other embodiments, the first frequency range **116** may be associated with a first downlink band included in a different first communication band, the second frequency range **118** may be associated with a second downlink band included in a different second communication band, and the third frequency range **120** may be associated with spectrally adjacent first and second uplink bands included in the different first communication band and the different second communication band, respectively.

FIG. **2** illustrates an example wireless communication system **200** (referred to hereinafter as "system **200**"), arranged in accordance with at least some embodiments described herein. The system **200** may be configured to provide wireless communication services to a wireless device **206** via an access point **204**. The system **200** may further include a signal booster **202**. The signal booster **202** may be any suitable system, device, or apparatus configured to receive the wireless signals communicated between the access point **204** and the wireless device **206** and to amplify, repeat, filter, or otherwise process the received wireless signals, and to re-transmit the processed wireless signals. Although not expressly illustrated in FIG. **2**, the system **200** may include any number of access points **204** providing wireless communication services to any number of wireless devices **206**. Therefore, the system **200** may include any number of signals **212** and **216**.

The wireless communication services provided by the system **200** may include voice services, data services, messaging services, and/or any suitable combination thereof. The system **200** may include a Frequency Division Duplexing network, a Frequency Division Multiple Access (FDMA) network, an Orthogonal FDMA (OFDMA) network, a Code Division Multiple Access (CDMA) network, a Time Division Multiple Access (TDMA) network, a Direct Sequence Spread Spectrum (DSSS) network, a Frequency Hopping Spread Spectrum (FHSS) network, and/or some other wireless communication network. In some embodiments, the system **200** may be configured to operate as a second generation (2G) wireless communication network, a third generation (3G) wireless communication network, a fourth generation (4G) wireless communication network, and/or a Wi Fi network. In these or other embodiments, the system **200** may be configured to operate as a long term evolution (LTE) wireless communication network.

The access point **204** may be any suitable wireless network communication point and may include, by way of example but not limitation, a base station, a remote radio head (RRH), a satellite, a wireless router, or any other suitable communication point. The wireless device **206** may be any device that may use the system **200** for obtaining wireless communications services and may include, by way of example and not limitation, a cellular phone, a smartphone, a personal data assistant (PDA), a laptop computer, a personal computer, a tablet computer, a wireless communication card, or any other similar device configured to communicate within the system **200**.

As signals propagate between the access point **204** and the wireless device **206**, the signals may be affected during the propagation such that, in some instances, the wireless signals communicated between the access point **204** and the wireless device **206** may be substantially degraded. The signal degradation may result in the access point **204** or the wireless device **206** not receiving, detecting, or extracting information from the wireless signals. Therefore, the signal booster **202** may be configured to increase the power of and/or improve the signal quality of the wireless signals such that the communication of the wireless signals between the access point **204** and the wireless device **206** may be improved.

In some embodiments, the signal booster **202** may receive a wireless signal communicated between the access point **204** and the wireless device **206** that may be converted into an electrical signal (e.g., via an antenna). The signal booster may be configured to amplify the electrical signal and the amplified electrical signal may be converted into an amplified wireless signal that is transmitted. The signal booster **202** may amplify the electrical signal by applying a gain to the electrical signal. The gain may be a set gain or a variable gain, and may be less than, equal to, or greater than one. Therefore, in the present disclosure, the term "amplify" may refer to applying any gain to a wireless signal even if the gain is less than one.

In some embodiments, the signal booster **202** may adjust the gain based on conditions associated with communicating the wireless signals (e.g., providing noise floor, oscillation, and/or overload protection). In these and other embodiments, the signal booster **202** may adjust the gain in real time. In these or other embodiments, the signal booster **202** may also filter out noise associated with the received wireless signal such that the retransmitted wireless signal may be a cleaner signal than the received wireless signal. Therefore, the signal booster **202** may improve the communication of wireless signals between the access point **204** and the wireless device **206**.

For example, the wireless device **206** may communicate a wireless uplink signal **212** intended for reception by the access point **204** and a first antenna **208** may be configured to receive the wireless uplink signal. The first antenna **208** may be configured to convert the received wireless uplink signal **212** into an electrical uplink signal. Additionally, the first antenna **208** may be communicatively coupled to a first interface port (not expressly depicted in FIG. **2**) of the signal booster **202** such that the signal booster **202** may receive the electrical uplink signal **212** at the first interface port. An interface port may be any suitable port configured to interface the signal booster **202** with another device (e.g., an antenna or a modem) from which the signal booster **202** may receive a signal and/or to which the signal booster **202** may communicate a signal.

In some embodiments, the signal booster **202** may be configured to apply a gain to the electrical uplink signal to amplify the electrical uplink signal. In the illustrated embodiment, the signal booster **202** may direct the amplified electrical uplink signal toward a second interface port (not expressly depicted in FIG. **2**) of the signal booster **202** that may be communicatively coupled to a second antenna **210**. The second antenna **210** may be configured to receive the amplified electrical uplink signal from the second interface port and may convert the amplified electrical uplink signal into an amplified wireless uplink signal **214** that may also be transmitted by the second antenna **210**. The amplified wireless uplink signal **214** may be received by the access point **204**.

In some embodiments, the signal booster **202** may also be configured to filter the electrical uplink signal to remove at least some noise associated with the received wireless uplink signal **212**. Consequently, the amplified wireless uplink signal **214** may have a better signal to noise ratio (SNR) than the wireless uplink signal **212** that may be received by the first antenna **208**. Accordingly, the signal booster **202** may be configured to improve the communication of uplink signals between the access point **204** and the wireless device **206**. The use of the term "uplink signal" without specifying wireless or electrical uplink signals may refer to wireless uplink signals or electrical uplink signals.

As another example, the access point **204** may communicate a wireless downlink signal **216** intended for the wireless device **206** and the second antenna **210** may be configured to receive the wireless downlink signal **216**. The second antenna **210** may convert the received wireless downlink signal **216** into an electrical downlink signal such that the electrical downlink signal may be received at the second interface port of the signal booster **202**. In some embodiments, the signal booster **202** may be configured to apply a gain to the electrical downlink signal to amplify the electrical downlink signal. The signal booster **202** may also be configured to direct the amplified electrical downlink signal toward the first interface port of the signal booster **202** such that the first antenna **208** may receive the amplified electrical downlink signal. The first antenna **208** may be configured to convert the amplified electrical downlink signal into an amplified wireless downlink signal that may also be transmitted by the first antenna **208**. Accordingly, the amplified downlink signal **218** may be received by the wireless device **206**.

In some embodiments, the signal booster **202** may also be configured to filter the electrical downlink signal to remove at least some noise associated with the received wireless downlink signal **216**. Therefore, the amplified wireless downlink signal **218** may have a better SNR than the wireless downlink signal **216** received by the second antenna **210**. Accordingly, the signal booster **202** may also be configured to improve the communication of downlink signals between the access point **204** and the wireless device **206**. The use of the term "downlink signal" without specifying wireless or electrical downlink signals may refer to wireless downlink signals or electrical downlink signals.

Modifications may be made to the system **200** without departing from the scope of the present disclosure. For example, in some embodiments, the distance between the signal booster **202** and the wireless device **206** may be relatively close as compared to the distance between the signal booster **202** and the access point **204**. Further, the system **200** may include any number of signal boosters **202**, access points **204**, and/or wireless devices **206**. Further, in some embodiments the signal booster **202** may be integrated with the wireless device **206**, and in other embodiments, the signal booster **202** may be separate from the wireless device **206**. Also, in some embodiments, the signal booster **202** may be included in a cradle configured to hold the wireless device **206**. Additionally, in some embodiments, the signal booster **202** may be configured to communicate with the wireless device **206** via wired communications (e.g., using electrical signals communicated over a wire) instead of wireless communications (e.g., via wireless signals).

Additionally, although the signal booster **202** is illustrated and described with respect to receiving and transmitting signals via the first antenna **208** and the second antenna **210**, the scope of the present disclosure is not limited to such applications. For example, in some embodiments, the signal booster **202** (or other signal boosters described herein) may receive and/or transmit signals via one or more modems

Further, as mentioned above, in some embodiments the signal booster **202** may be configured to amplify signals communicated in a first uplink band included in a first communication band (e.g., the uplink band of the Band 12), a second uplink band included in a second communication band (e.g., the uplink band of the Band 13), and also signals communicated in spectrally adjacent first and second downlink bands included in the first communication band and the second communication band, respectively (e.g., the downlink bands of the Band 12 and the Band 13). In these and other embodiments, the first and second downlink bands may be spectrally between the first and second uplink bands.

In some embodiments, the signal booster **202** may be configured to amplify signals communicated in a different first downlink band included in a different first communication band (e.g., the downlink band of the 700 MHz public safety band) and a different second downlink band included in a different second communication band (the downlink band of the 800 MHz public safety band). In these embodiments, the signal booster **202** may also be configured to amplify signals communicated in spectrally adjacent different first and second uplink bands included in the different first communication band and the different second communication band, respectively (the uplink bands of the 700 MHz and 800 MHz public safety bands). In these and other embodiments, the different first and second uplink bands may be spectrally between the different first and second downlink bands.

FIG. **3** illustrates an example embodiment of a signal booster **302**, in accordance with some embodiments described herein. In some embodiments, the signal booster **302** may be configured to operate in a manner analogous to the operation of the signal booster **202** of FIG. **2**. In the illustrated embodiment, the signal booster **302** is configured to amplify signals communicated in a first uplink band included in a first communication band (e.g., the uplink band of the Band 12), a second uplink band included in a second communication band (e.g., the uplink band of the Band 13). Additionally, the signal booster **302** may be configured to process signals communicated in spectrally adjacent first and second downlink bands included in the first communication band and the second communication band, respectively (e.g., the downlink bands of the Band 12 and the Band 13). Additionally, the first and second downlink bands may be spectrally between the first and second uplink bands.

The signal booster **302** may include an uplink path **304**, a downlink path **306**, a first interface port (not expressly depicted in FIG. **3**) communicatively coupled to a first antenna **308**, and a second interface port (not expressly depicted in FIG. **3**) communicatively coupled to a second antenna **310**. The uplink path **304** may be configured to amplify uplink signals received at the first antenna **308** from a wireless device (e.g., the wireless device **206** of FIG. **2**), and communicate the amplified uplink signals to the second antenna **310** for transmission by the second antenna **310** such that an access point of a wireless communication system (e.g., the access point **204** of FIG. **2**) may receive the amplified uplink signals. The downlink path **306** may be similarly configured to amplify downlink signals received at the second antenna **310** from the access point, and communicate the amplified downlink signals to the first antenna **308** for transmission by the first antenna **308** such that the wireless device may receive the amplified uplink signals.

The uplink path **304** may include an uplink common-direction duplexer **312** (referred to hereinafter as "the uplink CDD **312**") substantially similar to the common-direction duplexer **102** described above in FIGS. **1**A and **1**B. The uplink CDD **312** may be configured to receive an uplink signal from the first antenna **308** at a common port **311** of the uplink CDD **312**. As mentioned above, the uplink signal may be transmitted in a first uplink band associated with a first communication band and/or a second uplink band associated with a second communication band. As such, the uplink CDD **312** may include a first filter communicatively coupled between the common port **311** and a first-band port **313** of the uplink CDD **312**. The uplink CDD **312** may also include a second filter communicatively coupled between the common port **311** and a second-band port **315** of the uplink CDD **312**.

The first filter of the uplink CDD **312** may be configured to filter the received uplink signal based on the frequency range of the first uplink band. The first uplink band may accordingly pass through the first filter and frequencies outside of the first uplink band, including the second uplink band, may be filtered out such that the uplink CDD **312** may output a first-frequency-range uplink signal at the first-band port **313**. Therefore, the first-frequency-range uplink signal may include the portion of the received uplink signal transmitted in the first uplink band, while other portions of the received uplink signal not transmitted in the first uplink band (e.g., portions transmitted in the second uplink band, noise, etc.), if they are present, may be substantially attenuated. As described in further detail below, the first filter of the uplink CDD **312** may also be thus configured to filter out any downlink signals that may be received at the common port **311**.

The second filter of the uplink CDD **312** may be configured to filter the received uplink signal based on the frequency range of the second uplink band. The second uplink band may accordingly pass through the second filter and frequencies outside of the second uplink band, including the first uplink band, may be filtered out such that the uplink CDD **312** may output a second-frequency-range uplink signal at the second-band port **315**. Therefore, the second-frequency-range uplink signal may include the portion of the received uplink signal transmitted in the second uplink band, while other portions of the received uplink signal not transmitted in the second uplink band (e.g., portions transmitted in the first uplink band, noise, etc.), if they are present, may be substantially attenuated. As described in further detail below, the second filter of the uplink CDD **312** may also be thus configured to filter out any downlink signals that may be received at the common port **311**.

The first-band port **313** of the uplink CDD **312** may be configured to communicate the first-frequency-range uplink signal to an uplink amplifier chain **314***a* and the second-band port **315** of the uplink CDD **312** may be configured to communicate the second-frequency-range uplink signal to an uplink amplifier chain **314***b*. The uplink amplifier chains **314***a* and **314***b* may each include one or more amplifiers configured to apply a gain to signals received at the uplink amplifier chains **314***a* and **314***b*. In the illustrated embodiment, the amplifier chain **314***a* may be configured to apply a gain to the first-frequency-range uplink signal communicated from the first-band port **313** and the amplifier chain **314***b* may be configured to apply a gain to the second-frequency-range uplink signal communicated from the second-band port **315**.

As mentioned above, the gain may be a set gain, or a variable gain and may be less than, equal to, or greater than one. In some embodiments, the gains of the uplink amplifier chains **314***a* and **314***b* may be adjusted by a controller **323** communicatively coupled to the amplifier chains **314***a* and **314***b* based on wireless communication conditions. Additionally, in some embodiments, the controller **323** may adjust the gain of the amplifier chain **314***a* differently than that of the amplifier chain **314***b* depending on conditions associated with the first uplink band and the second uplink band.

If included, the controller **323** may be implemented by any suitable mechanism, such as a program, software, function, library, software as a service, analog or digital circuitry, or any combination thereof. The controller **323** may also include a processor coupled to memory. The processor may include, for example, a microprocessor, microcontroller, digital signal processor (DSP), application specific integrated circuit (ASIC), a Field Programmable Gate Array (FPGA), or any other digital or analog circuitry configured to interpret and/or to execute program instructions and/or to process data. In some embodiments, the processor may interpret and/or execute program instructions and/or process data stored in the memory. The instructions may include instructions for adjusting the gains of the amplifier chains **314***a* and **314***b*. For example, the adjustments may be based on wireless signal inputs.

The memory may include any suitable computer readable media configured to retain program instructions and/or data for a period of time. By way of example, and not limitation, such computer readable media may include tangible computer readable storage media including RAM, ROM, EEPROM, CD ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, flash memory devices (e.g., solid state memory devices) or any other storage medium which may be used to carry or store desired program code in the form of computer executable instructions or data structures and which may be accessed by a general purpose or special purpose computer. Combinations of the above may also be included within the scope of computer readable media. Computer executable instructions may include, for example, instructions and data that cause a general purpose computer, special purpose computer, or special purpose processing device to perform a certain function or group of functions.

The amplifier chain **314***a* may be configured to communicate the amplified first-frequency-range uplink signal toward a first-band port **319** of an uplink common-direction duplexer **316** (referred to hereinafter as "the uplink CDD **316**"). The amplifier chain **314***b* may be configured to communicate the amplified second-frequency-range uplink signal toward a second-band port **317** of the uplink CDD **316**. The uplink CDD **316** may be substantially similar to the uplink CDD **312** and the common-direction duplexer **102** described above in FIGS. **1**A and **1**B.

The uplink CDD **316** may include a first filter communicatively coupled between the first-band port **319** and a common port **321** of the uplink CDD **312**. The uplink CDD **316** may also include a second filter communicatively coupled between the second-band port **317** and the common port **321** of the uplink CDD **316**.

The first filter of the uplink CDD **316** may be configured similarly to the first filter of the uplink CDD **312** such that the first filter of the uplink CDD **316** may filter the received first-frequency-range uplink signal based on the frequency range associated with the first uplink band. Therefore, the first-frequency-range uplink signal may pass through the first filter of the uplink CDD **316** toward the common port **321** of the uplink CDD **316**. The second filter of the uplink CDD **316** may be configured similarly to the second filter of the uplink CDD **312** such that the second filter of the uplink CDD **316** may filter the received second-frequency-range uplink signal based on the frequency range of the second uplink band. Therefore, the second-frequency-range uplink signal may pass through the second filter of the uplink CDD **316** toward the common port **321** of the uplink CDD **316**.

The uplink CDD **316** may be configured to output the first-frequency-range uplink signal and the second-frequency-range uplink signal via the common port **321** after they have respectively passed through the first and second filters of the uplink CDD **316**. As described above, in some instances, the uplink CDD **316** may output a combined uplink signal at the common port **321** that may be communicated in the first and second uplink bands. In other instances, the uplink CDD **316** may output only the first-frequency-range uplink signal or the second-frequency-range uplink signal, depending on the timing of receiving the first-frequency-range uplink signal and the second-frequency-range uplink signal. The uplink signals (combined or otherwise) may then be communicated to the second antenna **310** from the common port **321** for transmission by the second antenna **310**.

Accordingly, the uplink path **304** may be configured to process and amplify an uplink signal that may be communicated in different uplink bands associated with different bands by using common-direction duplexers. The uplink path **304** configured in the manner as described may allow for individual gain adjustments for the first and second uplink bands and may reduce interference that may occur between the first and second uplink bands.

Additionally, in some embodiments, the common port **311** of the uplink CDD **312** may also receive a downlink signal from the downlink path **306**. The downlink signal may be communicated in a first downlink band and/or a second downlink band. In the illustrated embodiment, the first downlink band and the second downlink band may be spectrally adjacent to each other and may be spectrally between the first uplink band and the second uplink band. For example, the first downlink band may be the downlink band of the Band 12 and the second downlink band may be the downlink band of the Band 13, which may be spectrally adjacent to each other. However, the first downlink band and the second downlink band may each be outside of the first uplink band and the second uplink band such that the first and second filters of the uplink CDD **312** may filter out the first downlink band and the second downlink band. Therefore, the downlink signal received at the common port **311** may be substantially attenuated and filtered out by the uplink CDD **312** such that the uplink path **304** may be isolated from the downlink path **306** by the uplink CDD **312**.

In the present disclosure, the terms "isolation" or "isolated" with respect to circuits or paths may refer to reducing the presence of unwanted signals within one path or circuit. For example, reducing the presence of uplink signals in the downlink path **306** or reducing the presence of downlink signals in the uplink path **304** may improve isolation between the uplink path **304** and the downlink path **306**. The isolation may be accomplished by directing unwanted signals away from particular paths or circuits, attenuating the unwanted signals within the particular paths or circuits, or any other suitable method or mechanism. In some embodiments, isolation may be referred to in dB indicating a degree of attenuation of an unwanted signal in a particular circuit or path. For example, an isolation of 30 dB between the uplink path **304** and the downlink path **306** may indicate that a downlink signal may be attenuated by 30 dB in the uplink path **304** and that an uplink signal may be attenuated by 30 dB in the downlink path **306**.

Further, in some embodiments, the common port **321** of the uplink CDD **316** may receive the downlink signal from the second antenna **310**. However, as described above, the first downlink band and the second downlink band may each be outside of the first uplink band and the second uplink band such that the first and second filters of the uplink CDD **316** may filter out the first downlink band and the second downlink band similar to the filtering performed by the first and

second filters of the uplink CDD **312**. Therefore, the downlink signal received at the common port **321** may be substantially attenuated and filtered out by the uplink CDD **316** such that the uplink path **304** may also be isolated from the downlink path **306** by the uplink CDD **316**.

The downlink path **306** may be configured to receive the downlink signal from the second antenna **310** at a downlink band pass filter (BPF) **318**. As mentioned above, the downlink signal may be communicated in the first downlink band and/or the second downlink band. Additionally, as described above, in the illustrated embodiment, the first downlink band and the second downlink band may be spectrally adjacent to each other and may be spectrally between the first uplink band and the second uplink band. For example, the first downlink band may be associated with the downlink band of Band 12 and the second downlink band may be associated with the downlink band of Band 13. Therefore, the downlink BPF **318** may be configured to filter the downlink signal based on a frequency range that includes the first downlink band and the second downlink band such that the downlink signal may pass through the downlink BPF **318** if the downlink signal is transmitted in the first downlink band and/or the second downlink band. The downlink BPF **318** may be any suitable filter including, but not limited to, a SAW filter, a BAW filter, or a ceramic filter.

Additionally, the downlink BPF **318** may be configured to filter out frequencies outside of the first and second downlink bands, such as the first and second uplink bands of which the uplink path **304** may be associated. Therefore, any portion of the combined uplink signal output by the uplink CDD **316** at the common port **321** that may be received by the downlink BPF **318** may be filtered out (e.g., substantially attenuated) by the downlink BPF **318**. As such, the downlink BPF **318** may also provide isolation between the downlink path **306** and the uplink path **304**.

The downlink BPF **318** may be configured to communicate the filtered downlink signal toward an amplifier chain **314***c* of the downlink path **306**. The amplifier chain **314***c* may be substantially similar to the amplifier chains **314***a* and **314***b* and may include one or more amplifiers configured to apply a gain to the downlink signal communicated by the BPF **318**. The gain may be a set gain, or a variable gain and may be less than, equal to, or greater than one. In some embodiments, the gain of the uplink amplifier chain **314***c* may be adjusted by the controller **323**.

The amplifier chain **314***c* may be configured to communicate the amplified downlink signal toward a downlink BPF **320** of the downlink path **306**. The downlink BPF **320** may be substantially similar to the downlink BPF **318**. Therefore, the downlink BPF **320** may be configured to filter the downlink signal based on the frequency range that includes the first downlink band and the second downlink band such that the amplified downlink signal may pass through the downlink BPF **320** if the downlink signal is transmitted in the first downlink band and/or the second downlink band. Like the downlink BPF **318**, the downlink BPF **320** may be any suitable filter including, but not limited to, a SAW filter, a BAW filter, or a ceramic filter.

Additionally, similarly to the downlink BPF **318**, the downlink BPF **320** may be configured to filter out frequencies outside of the first and second downlink bands, such as the first and second uplink bands of which the uplink path **304** may be associated. Therefore, any portion of the uplink signal received by the first antenna **308** that may be received by the downlink BPF **320** from the first antenna **308** may be filtered out (e.g., substantially attenuated) by the downlink BPF **320**. As such, the downlink BPF **320** may also provide isolation between the downlink path **306** and the uplink path **304**.

Therefore, the uplink path **304** of the signal booster **302** may be configured to amplify signals communicated in a first uplink band included in a first communication band (e.g., the uplink band of the Band 12) and a second uplink band included in a second communication band (e.g., the uplink band of the Band 13). Additionally, the downlink path **306** of the signal booster **302** may be configured to process signals communicated in spectrally adjacent first and second downlink bands included in the first communication band and the second communication band, respectively (e.g., the downlink bands of the Band 12 and the Band 13).

Modifications, additions, or omissions may be made to the signal booster **302** without departing from the scope of the present disclosure. For example, as mentioned above, in some embodiments, the signal booster **302** may be configured to amplify signals communicated in a different first downlink band included in a different first communication band, a different second downlink band included in a different second communication band, and also signals communicated in spectrally adjacent different first and second uplink bands included in the different first communication band and the different second communication band, respectively. In these embodiments, the downlink path of the signal booster **302** may accordingly be configured with common-direction duplexers and different amplifier chains for the different downlink bands similarly to the uplink path **304** of FIG. **3**. Further, in some of these embodiments, the uplink path may accordingly be configured with BPF's similarly to the downlink path **306** of FIG. **3**.

Further, in some embodiments, the downlink BPF **320** may be included with the uplink CDD **312** such that the uplink CDD **312** may include the BPF **320** as a third filter communicatively coupled between the common port **311** and a third-band port of the uplink CDD **312**. Similarly, in some of these or other embodiments, the downlink BPF **318** may be included with the uplink CDD **316** such that the uplink CDD **316** may include the BPF **318** as a third filter communicatively coupled between the common port **321** and a third port of the uplink CDD **316**.

Additionally, in some embodiments, more isolation (e.g., through attenuation, impedance matching, and/or signal directing) between the uplink path **304** and the downlink path **306** may be desired than that provided by the uplink CDDs **312** and **316** and the downlink BPFs **318** and **320**. In some embodiments, the greater isolation may be desired in instances where the guard bands between the uplink and downlink bands may be substantially narrow (e.g., less than 30 megahertz (MHz)) such that unwanted signals (e.g., downlink signals in the uplink path **304** or uplink signals in the downlink path **306**) may not be sufficiently filtered by the uplink CDDs **312** and **316** and the downlink BPFs **318** and **320**. Additionally, inadequate isolation between filters may result in the filters unintentionally interacting with and degrading each other's performance. FIGS. **4-7** illustrate example embodiments of signal boosters that may provide increased isolation between uplink and downlink paths.

FIG. **4** illustrates an example embodiment of a signal booster **402**, in accordance with some embodiments described herein. In some embodiments, the signal booster **402** may be configured to operate in a manner analogous to the operation of the signal booster **202** of FIG. **2**. Additionally, in the illustrated embodiment, the signal booster **402** may include a controller **423**, a first antenna **408**, a second antenna **410**, an uplink path **404**, and a downlink path **406** substantially similar to the controller **323**, the first antenna

**308**, the second antenna **310**, the uplink path **304**, and the downlink path **306**, respectively, of the signal booster **302** of FIG. **3**.

Therefore, the uplink path **404** may include an uplink CDD **412**, amplifier chains **414***a* and **414***b*, and an uplink CDD **416** substantially similar to the uplink CDD **312**, amplifier chains **314***a* and **314***b*, and the uplink CDD **316** of FIG. **3**. Further, the downlink path **406** may include a downlink BPF **418**, an amplifier chain **414***c*, and a downlink BPF **420** substantially similar to the downlink BPF **318**, the amplifier chain **314***c*, and the downlink BPF **320** of FIG. **3**. However, unlike the signal booster **302** of FIG. **3**, the signal booster **402** may also include signal splitters/combiners **422***a* and **422***b*.

The signal splitters/combiners **422***a* and **422***b* may provide additional signal isolation than that provided by the uplink CDDs **412** and **416** and the downlink BPFs **418** and **420**. The signal splitters/combiners **422***a* and **422***b* may help reduce the occurrence of downlink signals being transmitted in or interfering with the uplink path **404** and may also help reduce the occurrence of uplink signals being transmitted in or interfering with the downlink path **406**.

For example, the signal splitters/combiners **422***a* and **422***b* may include first ports **424***a* and **424***b*, respectively, second ports **426***a* and **426***b*, respectively, and third ports **428***a* and **428***b*, respectively. The first port **424***a* and first port **424***b* may be communicatively coupled to the first antenna **408** and the second antenna **410**, respectively. The second ports **426***a* and **426***b* may be communicatively coupled to the uplink path **404** and the third ports **428***a* and **428***b* may be communicatively coupled to the downlink path **406**.

The signal splitters/combiners **422***a* and **422***b* may be configured to split signals received at their respective first ports **424** into two signals, where a combined power level of the two signals may approximate a power level of the signal received at the respective first ports **424**. The signal splitters/combiners **422***a* and **422***b* may be configured to output one of the signals through their respective second ports **426** and output the other signal through their respective third ports **428**. Accordingly, the signal splitters/combiners may act as signal/power splitters with respect to signals received at their respective first ports **424**.

Additionally, the signal splitters/combiners **422***a* and **422***b* may be configured to output signals received at their respective second ports **426** and/or third ports **428** at their respective first ports **424**. When signals are received at the second port **426** and the third port **428** of a signal splitter/combiner **422** at substantially the same time, the signal splitter/combiner **422** may combine the two signals into one combined signal, where the power level of the combined signal may be approximately that of the sum of the power levels of the two signals. Accordingly, the signal splitters/combiners may act as signal/power combiners with respect to signals received at their respective second ports **426** and third ports **428** at approximately the same time.

In the illustrated embodiment, the signal splitter/combiner **422***a* may be configured to direct downlink signals received from the downlink path **406** at the third port **428***a* toward the first antenna **408** via the first port **424***a*. Similarly, the signal splitter/combiner **422***b* may be configured to direct uplink signals received from the uplink path **404** at the second port **426***b* toward the second antenna **410** via the first port **424***b*. Accordingly, the signal splitter/combiner **422***a* may direct downlink signals received from the downlink path **406** away from the uplink path **404** and the signal splitter/combiner **422***b* may direct uplink signals received from the uplink path **404** away from the downlink path **406** to provide isolation between the uplink path **404** and the downlink path **406**.

Additionally, as mentioned above, upon receiving an uplink signal at the first port **424***a* from the first antenna **408**, the signal splitter/combiner **422***a* may split the uplink signal into two signals where one of the signals may be communicated to the uplink CDD **412** via the second port **426***a* and the other signal may be communicated to the downlink BPF **420** via the third port **428***a*. The uplink signal received by the downlink BPF **420** from the third port **428***a* may have attenuated power as compared to the uplink signal received at the first port **424***a* due to the power splitting performed by the signal splitter/combiner **422***a*. Therefore, the uplink signal received by the BPF **420** may already be somewhat attenuated before being attenuated even more by the downlink BPF **420**, which may help isolate the uplink path **404** from the downlink path **406**.

Additionally, the amplifier chain **414***c* may be directional such that the amplifier chain **414***c* may be configured to amplify signals propagating through the downlink path **406** in a first direction that is from the signal splitter/combiner **422***b* to the signal splitter/combiner **422***a* (e.g., downlink signals received at the second antenna **410**). The directionality of the amplifier chain **414***c* may also be such that the amplifier chain **414***c* may be configured to attenuate or stop signals propagating in a second direction that is from the signal splitter/combiner **422***a* to the signal splitter/combiner **422***b* (e.g., uplink signals received at the first antenna **408**).

The ability of the amplifier chain **414***c* to stop and/or attenuate signals propagating in the second direction may depend on the signal power of the signal propagating in the second direction. The ability of the amplifier chain **414***c* to stop and/or attenuate signals propagating in the second direction may also depend on the gain of the amplifier chain **414***c* being higher than the power of the signal propagating in the second direction. As mentioned above, uplink signals that may be received by the downlink path **406** from the signal splitter/combiner **422***a* may be attenuated, such that the ability of the amplifier chain **414***c* to attenuate or stop the uplink signals may be increased by the signal splitter/combiner **422***a* and/or the downlink BPF **420**. In some embodiments, the attenuation done by the signal splitter/combiner **422***a* and the gain of the amplifier chain **414***c* may be such that the downlink BPF **420** may be omitted from the downlink path **406** while also substantially negating uplink signals in the downlink path **406**.

The signal splitter/combiner **422***b*, uplink CDD **416** and amplifier chains **414***a* and **414***b* may be similarly configured to attenuate and stop downlink signals received at the second antenna **410** and that may enter the uplink path **404**.

In some embodiments, the signal splitter/combiner **422***a* may also be configured such that the first port **424***a* may be substantially impedance matched with the first antenna **408**, the second port **426***a* may be substantially impedance matched with the uplink path **404** and the third port **428***a* may be substantially impedance matched with the downlink path **406**. Additionally, the signal splitter/combiner **422***b* may be configured such that the first port **424***b* may be substantially impedance matched with the second antenna **410**, the second port **426***b* may be substantially impedance matched with the uplink path **404** and the third port **428***b* may be substantially impedance matched with the downlink path **406**. Therefore, the incidence of standing waves may be reduced by the impedance matching.

As indicated above, isolation between circuits or paths may relate to the amount of power of an unwanted signal that may leak into a circuit or path. Therefore, standing waves that increase signal power may result in diminished isolation because the greater signal power of a signal may result in

higher power of that signal in a circuit or path where the signal may be unwanted. Accordingly, providing impedance matching by the signal splitters/combiners **422***a* and **422***b* may also improve isolation between the uplink path **404** and the downlink path **406**.

In some embodiments, using the signal splitters/combiners **422***a* and **422***b* as isolators may reduce the roll off requirements of the filters associated with the uplink CDDs **412** and **416** and the downlink BPFs **418** and **420**. For example, in some instances the guard bands between the uplink and downlink bands of the uplink and downlink signals amplified by the signal booster **402** may be relatively narrow. Therefore, without the signal splitters/combiners **422***a* and **422***b*, in order to adequately filter out the downlink signals, the filters of the uplink CDDs **412** and **416** may need to have a relatively steep roll off, which may add considerable cost. Similarly, without the signal splitters/combiners **422***a* and **422***b*, in order to adequately filter out the uplink signals, the filters of the downlink BPFs **418** and **420** may also need to have a relatively steep roll off, which may also add more cost.

However, by adding the signal splitters/combiners **422***a* and **422***b* as isolators, the roll off requirements of the filters associated with the uplink CDDs **412** and **416** and the downlink BPFs **418** and **420** may be reduced because the occurrence and/or power level of uplink signals received by the downlink BPFs **418** and **420** and the occurrence and/or power level of downlink signals received by the uplink CDDs **412** and **416** may be substantially reduced by the signal splitters/combiners **422***a* and **422***b*.

Modifications, additions, or omissions may be made to the signal booster **402** without departing from the scope of the present disclosure. For example, as mentioned above, in some embodiments, the signal booster **402** may be configured to amplify signals communicated in a different first downlink band included in a different first communication band, a different second downlink band included in a different second communication band, and also signals communicated in spectrally adjacent different first and second uplink bands included in the different first communication band and the different second communication band, respectively. In these embodiments, the downlink path of the signal booster **402** may accordingly be configured with common-direction duplexers and different amplifier chains for the different downlink bands similarly to the uplink path **404** of FIG. **4**. Further, in some of these embodiments, the uplink path may accordingly be configured with BPF's similarly to the downlink path **406** of FIG. **4**.

Further, the use of a signal splitter/combiner to provide isolation with respect to circuits is not limited to the specific implementation of the signal booster **402** illustrated. For example, signal splitters/combiners may be used to isolate other downlink and uplink paths than those specifically illustrated, including downlink and uplink paths that may not include common-direction duplexers and/or BPFs.

Nor is the use of a signal splitter/combiner to provide isolation in the manner depicted limited to duplexing or wireless communication applications. A signal splitter/combiner, such as the signal splitters/combiners **422***a* and **422***b*, may be used to provide isolation between filters in any other appropriate circuit to reduce the roll off requirements of the filters. For example, in some embodiments, a signal splitter/combiner, such as the signal splitter/combiner **422***a* or the signal splitter/combiner **422***b*, may be used to provide isolation between two conventional duplexers that may include filters such that the signal splitter/combiner may isolate and reduce the roll off requirements of the duplexers and their associated filters. Additionally, a signal splitter/combiner, such as the signal splitter/combiner **422***a* or the signal splitter/combiner **422***b*, may be used to provide isolation and/or impedance matching between any other appropriate circuits to improve performance of the circuits. For example, in some embodiments, a signal splitter/combiner may be used to provide isolation between two circulators that may not necessarily perform filtering but that may be configured as duplexers to direct uplink and downlink signals to their desired paths.

FIG. **5** illustrates an example embodiment of a signal booster **502**, in accordance with some embodiments described herein. In some embodiments, the signal booster **502** may be configured to operate in a manner analogous to the operation of the signal booster **202** of FIG. **2**. Additionally, in the illustrated embodiment, the signal booster **502** may include a controller **523**, a first antenna **508**, a second antenna **510**, an uplink path **504**, and a downlink path **506** substantially similar to the controller **323**, the first antenna **308**, the second antenna **310**, the uplink path **304**, and the downlink path **306**, respectively, of the signal booster **302** of FIG. **3**.

Therefore, the uplink path **504** may include an uplink CDD **512**, amplifier chains **514***a* and **514***b*, and an uplink CDD **516** substantially similar to the uplink CDD **312**, amplifier chains **314***a* and **314***b*, and the uplink CDD **316** of FIG. **3**. Further, the downlink path **506** may include a downlink BPF **518**, an amplifier chain **514***c*, and a downlink BPF **520** substantially similar to the downlink BPF **318**, the amplifier chain **314***c*, and the downlink BPF **320** of FIG. **3**. However, unlike the signal booster **302** of FIG. **3**, the signal booster **502** may also include matching networks **522***a* and **522***b*.

The matching network **522***a* may include a first interface **524***a*, a second interface **526***a*, and a third interface **528***a*. The matching network **522***b* may similarly include a first interface **524***b*, a second interface **526***b*, and a third interface **528***b*. The matching network **522***a* may be configured such that the first interface **524***a* is communicatively coupled to and substantially impedance matched with the first antenna **508**, the second interface **526***a* is communicatively coupled to and substantially impedance matched with the uplink path **504**, and the third interface **528***a* is communicatively coupled to and substantially impedance matched with the downlink path **506**. Additionally, the matching circuit **522***b* may be configured such that the first interface **524***b* is communicatively coupled to and substantially impedance matched with the second antenna **510**, the second interface **526***b* is communicatively coupled to and substantially impedance matched with the uplink path **504**, and the third interface **528***b* is communicatively coupled to and substantially impedance matched with the downlink path **506**.

As mentioned above, impedance matching may reduce standing waves such that the matching networks **522***a* and **522***b* may reduce the incidence of standing waves between the uplink path **504** and the downlink path **506**, which may provide additional signal isolation between the uplink path **504** and the downlink path **506**. The matching networks **522***a* and **522***b* may be any suitable matching network and may be capacitive and/or inductive.

Modifications, additions, or omissions may be made to the signal booster **502** without departing from the scope of the present disclosure. For example, as mentioned above, in some embodiments, the signal booster **502** may be configured to amplify signals communicated in a different first downlink band included in a different first communication band, a different second downlink band included in a different second communication band, and also signals communicated in spectrally adjacent different first and second uplink bands included in the different first communication band and the

different second communication band, respectively. In these embodiments, the downlink path of the signal booster **502** may accordingly be configured with common-direction duplexers and different amplifier chains for the different downlink bands similarly to the uplink path **504** of FIG. **5**. Further, in some of these embodiments, the uplink path may accordingly be configured with BPF's similarly to the downlink path **506** of FIG. **5**.

FIG. **6** illustrates an example embodiment of a signal booster **602**, in accordance with some embodiments described herein. In some embodiments, the signal booster **602** may be configured to operate in a manner analogous to the operation of the signal booster **202** of FIG. **2**. Additionally, in the illustrated embodiment, the signal booster **602** may include a controller **623**, a first antenna **608**, a second antenna **610**, an uplink path **604**, and a downlink path **606** substantially similar to the controller **323**, the first antenna **308**, the second antenna **310**, the uplink path **304**, and the downlink path **306**, respectively, of the signal booster **302** of FIG. **3**.

Therefore, the uplink path **604** may include an uplink CDD **612**, amplifier chains **614***a* and **614***b*, and an uplink CDD **616** substantially similar to the uplink CDD **312**, amplifier chains **314***a* and **314***b*, and the uplink CDD **316** of FIG. **3**. Further, the downlink path **606** may include a downlink BPF **618**, an amplifier chain **614***c*, and a downlink BPF **620** substantially similar to the downlink BPF **318**, the amplifier chain **314***c*, and the downlink BPF **320** of FIG. **3**. However, unlike the signal booster **302** of FIG. **3**, the signal booster **602** may also include circulators **622** and **630**.

The circulators **622** and **630** may provide additional signal isolation than that provided by the uplink CDDs **612** and **616** and the downlink BPFs **618** and **620** to further reduce downlink signals interfering with uplink signals and vice versa. The circulators **622** and **630** may direct signals received at their ports to be output at other ports to help reduce the occurrence of downlink signals being transmitted in or interfering with the uplink path **604** and may also help reduce the occurrence of uplink signals being transmitted in or interfering with the downlink path **606**.

For example, the circulator **622** may include a first port **624**, a second port **626**, and a third port **628**. The first port **624** may be communicatively coupled to the first antenna **608**, the second port **626** may be communicatively coupled to the uplink path **604**, and the third port **628** may be communicatively coupled to the downlink path **606**. The circulator **622** may be configured such that a signal received at the first port **624** is directed to be output at the second port **626**, a signal received at the second port **626** is directed to be output at the third port **628**, and a signal received at the third port **628** is directed to be output at the first port **624**. Therefore, upon receiving an uplink signal at the first port **624** from the first antenna **608**, the circulator **622** may direct the uplink signal toward the second port **626** and away from the third port **628**. Accordingly, the circulator **622** may direct the uplink signal toward the uplink CDD **612** of the uplink path **604** and away from the downlink BPF **620** of the downlink path **606**.

Additionally, upon receiving a downlink signal at the third port **628** from the downlink BPF **620**, the circulator **622** may direct the downlink signal toward the first port **624** and away from the second port **626**. Accordingly, the circulator **622** may direct the downlink signal from the downlink BPF **620** of the downlink path **606** toward the first antenna **608** and away from the uplink CDD **612** of the uplink path **604**. Therefore, the circulator **622** may provide isolation (e.g., between 10-30 dB) between the uplink CDD **612** (and its associated filters) and the downlink BPF **620** to provide further isolation between the uplink path **604** and the downlink path **606**.

The circulator **630** may be similarly configured and may include a first port **632**, a second port **634**, and a third port **636**. The first port **632** may be communicatively coupled to the second antenna **610**, the second port **634** may be communicatively coupled to the downlink path **606**, and the third port **636** may be communicatively coupled to the uplink path **604**. The circulator **630** may be configured such that a signal received at the first port **632** is directed to be output at the second port **634**, a signal received at the second port **634** is directed to be output at the third port **636**, and a signal received at the third port **636** is directed to be output at the first port **632**. Therefore, upon receiving a downlink signal at the first port **632** from the second antenna **610**, the circulator **630** may direct the downlink signal toward the second port **634** and away from the third port **636**. Accordingly, the circulator **630** may direct the downlink signal toward the downlink BPF **618** of the downlink path **606** and away from the uplink CDD **616** of the uplink path **604**.

Additionally, upon receiving an uplink signal at the third port **636** from the uplink CDD **616**, the circulator **630** may direct the uplink signal toward the first port **632** and away from the second port **634**. Accordingly, the circulator **630** may direct the uplink signal from the uplink CDD **616** of the uplink path **604** toward the second antenna **610** and away from the downlink BPF **618** of the downlink path **606**. Therefore, the circulator **630** may provide isolation between the uplink CDD **616** (and its associated filters) and the downlink BPF **618** to further isolate the uplink path **604** and the downlink path **606**.

Further, in some embodiments, the circulator **622** may be configured such that the first port **624** may be substantially impedance matched with the first antenna **608**, the second port **626** may be substantially impedance matched with the uplink path **604** and the third port **628** may be substantially impedance matched with the downlink path **606**. Additionally, the circulator **630** may be configured such that the first port **632** may be substantially impedance matched with the second antenna **610**, the second port **634** may be substantially impedance matched with the downlink path **606** and the third port **636** may be substantially impedance matched with the uplink path **604**. Additionally, although the power circulators **622** and **630** may be configured to direct signals a certain direction, substantially high signal power at the ports (e.g., caused by standing waves) may result in not all of the signals being directed in the intended manner. Therefore, the incidence of standing waves may be reduced by the impedance matching, which may reduce the power of the signals received at the respective ports and thus improve isolation between the uplink path **604** and the downlink path **606**.

In some embodiments, as with the signal splitters/combiners **422***a* and **422***b* of FIG. **4**, the circulators **622** and **630** may be configured as isolators to reduce the roll off requirements of the filters associated with the uplink CDDs **612** and **616** and the downlink BPFs **618** and **620**. For example, as described above with respect to the signal splitters/combiners **422***a* and **422***b*, in some instances the guard bands between the uplink and downlink bands of the uplink and downlink signals amplified by the signal booster **602** may be relatively narrow. Therefore, without the circulators **622** and **630**, in order to adequately filter out the downlink signals, the filters of the uplink CDDs **612** and **616** may need to have a relatively steep roll off, which may add considerable cost. Similarly, without the circulators **622** and **630**, in order to adequately filter out the uplink signals, the filters of the downlink BPFs

618 and 620 may also need to have a relatively steep roll off, which may also add more cost.

However, by adding the circulators **622** and **630** as isolators, the roll off requirements of the filters associated with the uplink CDDs **612** and **616** and the downlink BPFs **618** and **620** may be reduced because the occurrence and/or power level of uplink signals received by the downlink BPFs **618** and **620** and the occurrence and/or power level of downlink signals received by the uplink CDDs **612** and **616** may be substantially reduced by the circulators **622** and **630**.

Modifications, additions, or omissions may be made to the signal booster **602** without departing from the scope of the present disclosure. For example, in some embodiments, the circulator **622** and/or the circulator **630** may include a fourth port between their respective second and third ports. In these embodiments, and in accordance with the directionality of the circulators **622** and **630**, signals received at the respective second ports of the circulators **622** and **630** may be directed toward their respective fourth ports and signals received at the respective fourth ports of the circulators **622** and **630** may be directed toward their respective third ports. In these embodiments, a load (e.g., a resistor) may be coupled between the fourth port and ground. Therefore, any signals that may be received at the respective second ports of the circulators **622** and **630** may be sent to their respective fourth ports and may be grounded. Thus, isolation between the respective second and third ports of the circulators **622** and **630** may be further increased.

Additionally, in some embodiments, the signal booster **602** may be configured to amplify signals communicated in a different first downlink band included in a different first communication band, a different second downlink band included in a different second communication band, and also signals communicated in spectrally adjacent different first and second uplink bands included in the different first communication band and the different second communication band, respectively. In these embodiments, the downlink path of the signal booster **602** may accordingly be configured with common-direction duplexers and different amplifier chains for the different downlink bands similarly to the uplink path **604** of FIG. **6**. Further, in some of these embodiments, the uplink path may accordingly be configured with BPF's similarly to the downlink path **606** of FIG. **6**.

Further, the use of a circulator to provide isolation with respect to circuits is not limited to the specific implementation of the signal booster **602** illustrated. Nor is the use of a circulator to provide isolation in the manner depicted limited to wireless communication applications. A circulator, such as the circulators **622** and **630**, may be used to provide isolation between filters in any other appropriate circuit to reduce the roll off requirements of the filters. Additionally, a circulator, such as the circulator **622** or the circulator **630**, may be used to provide isolation between any other appropriate circuits to improve performance of the circuits.

FIG. **7** is a flow chart of an example method **700** of processing signals, arranged in accordance with at least some embodiments described herein. One or more elements of the method **700** may be implemented, in some embodiments, by a common-direction duplexer, such as the common-direction duplexer **102** of FIG. **1**. Additionally, one or more elements of method **700** may be implemented, in some embodiments, by a signal booster, such as signal boosters **302**, **402**, **502**, and **602** of FIGS. **3**, **4**, **5**, and **6**, respectively. Although illustrated as discrete blocks, various blocks may be divided into additional blocks, combined into fewer blocks, or eliminated, depending on the desired implementation.

The method **700** may begin at block **702**, where a first-direction signal transmitted in at least one of a first frequency range and a second frequency range may be received, by for example, a common-direction duplexer. In some embodiments, the first frequency range and the second frequency range may be associated with a first uplink band and a second uplink band, respectively. In other embodiments, the first frequency range and the second frequency range may be associated with a first downlink band and a second downlink band, respectively.

At block **704**, the first-direction signal may be filtered based on the first frequency range to pass the first frequency-range of the first-direction signal and filter out the second frequency range of the first-direction signal such that a first-frequency-range signal is produced. At block **706**, the first-direction signal may be filtered based on the second frequency range to pass the second frequency range of the first-direction signal and filter out the first frequency range of the first-direction signal such that a second-frequency-range signal is produced.

At block **708**, a second-direction signal transmitted in a third frequency range may be received (e.g., by the common-direction duplexer). The third frequency range may be spectrally between the first frequency range and the second frequency range and the second-direction signal may propagate in a direction opposite that of the first-direction signal. For example, if the first-direction signal is an uplink signal, the second-direction signal may be a downlink signal, or vice versa. Additionally, the third frequency range may include bands that may be associated with one or more communication bands, but that may also be spectrally adjacent. For example, the third frequency range may include the band 12 and band 13 downlink bands or may include the 700 MHz and 800 MHz public safety uplink bands.

At block **710**, the second-direction signal may be filtered based on the first frequency range and/or the second frequency range such that the third frequency range of the second-direction signal may be filtered out. Therefore, the second-direction signal may be substantially attenuated.

One skilled in the art will appreciate that, for this and other processes and methods disclosed herein, the functions performed in the processes and methods may be implemented in differing order. Furthermore, the outlined steps and operations are only provided as examples, and some of the steps and operations may be optional, combined into fewer steps and operations, or expanded into additional steps and operations without detracting from the essence of the disclosed embodiments.

For instance, in some embodiments, the method **700** may further include steps associated with amplifying the first-direction signal and/or the second-direction signal and transmitting at least one of the first-direction signal and the second-direction signal. Additionally, in some embodiments, the first-direction signal and second-direction signal may be filtered (e.g., by a BPF) based on the third frequency range such that the third frequency range may pass through the filtering and the first frequency range and the second frequency range may be filtered out. Therefore, the second-direction signal may pass through the filtering and the first-direction signal may be filtered out.

FIG. **8** is a flow chart of an example method **800** of providing isolation between filters, arranged in accordance with at least some embodiments described herein. One or more elements of the method **800** may be implemented, in some embodiments, by a circulator, such as the circulators **622** and **636** of FIG. **6**. Although illustrated as discrete blocks, various

blocks may be divided into additional blocks, combined into fewer blocks, or eliminated, depending on the desired implementation.

The method **800** may begin at block **802**, where a circulator may receive a first signal at a first port of the circulator. The first port may be communicatively coupled to a first filter such that the first signal may be received from the first filter. At block **804**, the circulator may direct the first signal received at the first port away from a second port of the circulator and toward a third port of the circulator. The second port may be communicatively coupled to a second filter such that the circulator may direct the first signal away from the second filter at block **804**.

At block **806**, the circulator may receive a second signal at the third port of the circulator. In some embodiments, the third port may be communicatively coupled to an antenna such that the circulator may receive the second signal from the antenna. At block **808**, the circulator may direct the second signal received at the third port to the second port and away from the first port. Therefore, the circulator may direct the second signal toward the second filter and away from the first filter.

Accordingly, the method **800** may be used to provide isolation between filters via a circulator. One skilled in the art will appreciate that, for this and other processes and methods disclosed herein, the functions performed in the processes and methods may be implemented in differing order. Furthermore, the outlined steps and operations are only provided as examples, and some of the steps and operations may be optional, combined into fewer steps and operations, or expanded into additional steps and operations without detracting from the essence of the disclosed embodiments.

All examples and conditional language recited herein are intended for pedagogical objects to aid the reader in understanding the invention and the concepts contributed by the inventor to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Although embodiments of the present disclosure have been described in detail, it should be understood that the various changes, substitutions, and alterations could be made hereto without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A common-direction duplexer comprising:

a common port;

a first-band port;

a second-band port;

a first filter communicatively coupled between the common port and the first-band port, the first filter configured to pass a first frequency range and filter out a second frequency range and a third frequency range,

the first frequency range including a first uplink band associated with Band 12 of a 700 Megahertz (MHz) Third Generation Partnership Project (3GPP) standard,

the second frequency range including a second uplink band associated with Band 13 of the 700 MHz 3GPP standard, and

the third frequency range being spectrally between the first frequency range and the second frequency range and including a first downlink band and a second downlink band, the first downlink band being associated with Band 12 of the 700 MHz 3GPP standard and the second downlink band being associated with Band 13 of the 700 MHz 3GPP standard; and

a second filter communicatively coupled between the common port and the second-band port, the second filter configured to pass the second frequency range and filter out the first frequency range and the third frequency range.

**2**. The common-direction duplexer of claim **1**, further comprising:

a third-band port; and

a third filter communicatively coupled between the common port and the third-band port, the third filter configured to pass the third frequency range and filter out the first frequency range and the second frequency range.

**3**. A signal booster comprising:

a first interface port configured to receive a first-direction signal transmitted in at least one of a first frequency range and a second frequency range;

a second interface port configured to receive a second-direction signal transmitted in a third frequency range spectrally between the first frequency range and the second frequency range, the second-direction signal propagating in a direction opposite that of a propagation direction of the first-direction signal;

a first-direction path communicatively coupled between the first interface port and the second interface port and configured to communicate the first-direction signal from the first interface port toward the second interface port, the first-direction path including:

a common-direction duplexer configured to pass the first-direction signal based on the first frequency range and the second frequency range such that the common-direction duplexer outputs at least one of a first-frequency-range signal and a second-frequency-range signal, the first-frequency-range signal being associated with the first frequency range and the second-frequency-range signal being associated with the second frequency range, the common-direction duplexer further configured to filter out the third frequency range;

a first amplifier configured to amplify the first-frequency-range signal and communicate the amplified first-frequency-range signal toward the second interface port; and

a second amplifier configured to amplify the second-frequency-range signal and communicate the amplified second-frequency-range signal toward the second interface port; and

a second-direction path communicatively coupled between the second interface port and the first interface port and configured to communicate the second-direction signal from the second interface port toward the first interface port, the second-direction path including:

a band pass filter configured to filter the second-direction signal based on the third frequency range such that the second-direction signal passes through the band pass filter, the band pass filter being further configured to filter out the first frequency range and the second frequency range; and

a third amplifier configured to amplify the second-direction signal filtered by the band pass filter, the third amplifier further configured to communicate the amplified second-direction signal toward the first interface port.

**4**. The signal booster of claim **3**, further comprising another common-direction duplexer configured to receive the first-frequency-range signal amplified by the first amplifier and the second-frequency-range signal amplified by the second amplifier and further configured to communicate the first-frequency-range signal and the second-frequency-range signal toward the second interface port.

5. The signal booster of claim **3**, further comprising at least one of a signal splitter/combiner, a matching network, and a circulator configured to provide isolation between the common-direction duplexer and the band pass filter.

6. The signal booster of claim **3**, wherein:

the first frequency range includes a first uplink band associated with uplink communications between a wireless device and an access point of a wireless communication system;

the second frequency range includes a second uplink band associated with the uplink communications between the wireless device and the access point; and

the third frequency range includes a first downlink band and a second downlink band associated with downlink communications between the wireless device and the access point.

7. The signal booster of claim **6**, wherein:

the first uplink band and the first downlink band are associated with Band 12 of a 700 Megahertz (MHz) Third Generation Partnership Project (3GPP) standard; and

the second uplink band and the second downlink band are associated with Band 13 of the 700 MHz 3GPP standard.

8. The signal booster of claim **3**, wherein:

the first frequency range includes a first downlink band associated with downlink communications between a wireless device and an access point of a wireless communication system;

the second frequency range includes a second downlink band associated with the downlink communications between the wireless device and the access point; and

the third frequency range includes a first uplink band and a second uplink band associated with uplink communications between the wireless device and the access point.

9. The signal booster of claim **8**, wherein:

the first uplink band and the first downlink band are associated with a 700 Megahertz public safety band; and

the second uplink band and the second downlink band are associated with an 800 Megahertz public safety band.

10. A method of processing a signal comprising:

receiving a first-direction signal transmitted in at least one of a first frequency range and a second frequency range, the first frequency range including a first uplink band associated with Band 12 of a 700 Megahertz (MHz) Third Generation Partnership Project (3GPP) standard and the second frequency range including a second uplink band associated with Band 13 of the 700 MHz 3GPP standard;

filtering the first-direction signal based on the first frequency range to pass the first frequency range of the first-direction signal and filter out the second frequency range of the first-direction signal such that a first-frequency-range signal is produced when the first-direction signal is transmitted in the first frequency range;

filtering the first-direction signal based on the second frequency range to pass the second frequency range of the first-direction signal and filter out the first frequency range of the first-direction signal such that a second-frequency-range signal is produced when the first-direction signal is transmitted in the second frequency range;

receiving a second-direction signal transmitted in a third frequency range that is outside of and spectrally between the first frequency range and the second frequency range, the third frequency range including a first downlink band and a second downlink band, the first downlink band being associated with Band 12 of the 700 MHz 3GPP standard and the second downlink band being associated with Band 13 of the 700 MHz 3GPP standard, the second-direction signal propagating in a direction opposite that of the first-direction signal; and

filtering the second-direction signal based on at least one of the first frequency range and the second frequency range such that the second-direction signal is filtered out due to the second-direction signal being transmitted in the third frequency range.

11. The method of claim **10**, further comprising amplifying the first-frequency-range signal and the second-frequency-range signal and transmitting the amplified first-frequency-range signal and the amplified second-frequency-range signal.

12. The method of claim **10**, further comprising:

filtering the first-direction signal and the second-direction signal based on the third frequency range to pass the second-direction signal and filter out the first-direction signal; and

transmitting the second-direction signal after filtering the second-direction signal.

* * * * *

# Exhibit H

# Claim Chart – U.S. Patent No. 8,755,399 (claim 3) vs. Amazboost 5G 4G LTE 3G booster

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
|---|---|
| 3. A signal booster comprising: | **Amazboost 5G 4G LTE 3G booster**<br>https://www.amazon.com/dp/B0897MKSKX?th=1 |
| a **first interface port configured to receive a first-direction signal transmitted in at least one of a first frequency range and a second frequency range**; | |

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
| --- | --- |
| a **second interface port** configured to receive a second-direction signal transmitted in a third frequency range **spectrally between the** first frequency range **and the** second frequency range,<br><br>the second-direction signal propagating in a direction opposite that of **a propagation direction of the first-direction signal;**<br><br>**a first-direction path communicatively coupled between the first interface port and the second interface port and configured to communicate the first-direction signal from the first interface port toward the second interface port, the first-direction path including:** | <br><br>Amazboost FCC ID: A7V-SR75702002 and User Manual Pg. 27 (photograph July 11, 2025) |

Table reproduced in image 2:

| | | LTE (band 12/17) | LTE (band 13) | Cellular (band5) | PCS (band 25/2) | AWS (band 4) |
| --- | --- | --- | --- | --- | --- | --- |
| Frequency (MHz) | Uplink | 698-716 | 776-787(US) 777-787(CA) | 824-849 | 1850-1915 | 1710-1755 |
| | Downlink | 728-746 | 746-757(US) | 869-894 | 1930-1995 | 2110-2155 |

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
| --- | --- |
| a common-direction duplexer configured to pass the first-direction signal based on the first frequency **range and the second frequency range** such that the common-direction duplexer outputs at least one of a first-frequency-range signal and a second-frequency-range signal, the first-frequency-range signal being associated with the first frequency range and the second-frequency-range signal being associated with the second frequency range, the common-direction duplexer **further configured to filter out the third frequency range;**<br><br>a first amplifier configured to amplify the first-frequency-range signal and communicate the amplified first-frequency-range signal toward the second interface port; and<br><br>**a second amplifier configured to amplify the second-frequency-range signal and communicate the amplified second-frequency-range signal toward the second interface port; and** | <br>amplifier<br>common-direction duplexer<br>amplifier<br>third frequency range<br>Amazboost FCC ID: A7V-SR75702002<br>(photograph July 11, 2025) |

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
| --- | --- |
| a second-direction path communicatively coupled between **the second interface port** and **the first interface port** and configured to communicate the second-direction signal from the **second interface port toward the first interface port**, the second-direction path including: |   |

| Frequency (MHz) | | LTE (band 12/17) | LTE (band 13) | Cellular ( band5) | PCS (band 25/2) | AWS (band 4) |
| --- | --- | --- | --- | --- | --- | --- |
| | Uplink | 698-716 | 776-787(US) 777-787(CA) | 824-849 | 1850-1915 | 1710-1755 |
| | Downlink | 728-746 | 746-757(US) | 869-894 | 1930-1995 | 2110-2155 |

Amazboost FCC ID: A7V-SR75702002 and User Manual Pg. 27 (photograph July 11, 2025)

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
| --- | --- |
| **a band pass filter** configured to filter the second-direction signal based on **the third frequency range** such that the second-direction signal passes through the band pass filter, the band pass filter being further configured to filter out the **first frequency range** and **the second frequency range**; and |  band pass filter<br>third frequency range<br>Amazboost FCC ID: A7V-SR75702002<br>(photograph July 11, 2025) |

| CLAIM TERM | ACCUSED DEVICE: Amazboost 5G 4G LTE 3G booster |
|---|---|
| **a third amplifier configured to amplify the second-direction signal filtered by the band pass filter, the third amplifier further configured to communicate the amplified second-direction signal toward the first interface port.** |  Amazboost FCC ID: A7V-SR75702002 (photograph July 11, 2025) |

# Exhibit I



amazon Delivering to Bountiful 84010 Update location | All | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0 Cart

All | Amazon Haul | Medical Care | Saks | Best Sellers | Amazon Basics | Today's Deals | New Releases | Registry | Groceries | Prime | Gift Cards | Smart Home | Customer Service

Electronics | Cell Phones & Accessories | Cell Phones | Accessories | Cases | Wearable Technology | Deals

Cell Phone Booster for Home Office | Boosts 5G & 4G LTE | C... $259.99 prime Save $20 with coupon

Sponsored

Cell Phones & Accessories › Accessories › Signal Boosters

Click to see full view

# Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit, All U.S. Carriers - Compatible with Verizon, AT&T, T-Mobile, Sprint & More-5G 4G LTE 3G FCC Approved

Visit the Amazboost Store

3.9 ★★★★☆ 2,598 ratings

#1 Best Seller in Cell Phone Signal Boosters

**3K+ bought** in past month

$129.99

FREE Returns

Get a $80 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| **Brand** | Amazboost |
| **Wireless Communication** | Radio Frequency |
| **Connector Type** | F-F |
| **Color** | Silver |

## About this item

- Greatly Enhance Cell Phone Signal: Amazboost cell phone booster supports all US carriers of Verizon, AT&T, T-Mobile, US Cellular, and more. Work on bands 12/17, 13, 5, 4/66, 2/25. Boost 3G & 4G LTE, 5G signal.(Tips: If you want to use 5G, please make sure your area provides 5G service in the existing 4G frequency band before purchasing)
- Max coverage area of 2500 sq ft: Enhances the signal up to 100X, allowing everyone to enjoy fewer dropped calls, better voice quality, and faster data speeds within our cell booster coverage area. The coverage area range depends on the outdoor signal level: 1-2 bars (-100dBm) ~400 sq ft, 3-4bars (-90dBm)~1300 sq ft, 5 bars (-80dBm) ~2500 sq ft).
- Amazboost cell booster is not suitable for apartments, truck or rv. It's not advisable if your RSRP is less than -110 dBm. Please test your outside signal strength and usual band before purchase.
- Amazboost cell phone signal booster enhances cell signal for multiple devices simultaneously, and it offers an ideal solution for small homes, office or a single room. No subscriptions or hidden fees. (Note: Can be installed without registering.)
- DIY Installation: Requires roof installation, cables need go through the wall. It will take 1-2 hours to install our cell booster for home, please read the instructions carefully before installation.
- Restrictions about Trees: If there are tall trees within 100 feet around your house, and you can't find a stable signal above 3 bars, the outdoor antenna needs to be erected 60%(at least) to 80%(best) of the tree height. Do not exceed the trees.
- Warm Tips: When you use cellmapper finding cell tower, we recommend that you do not log in and only use the basic free services with some basic instructions.
- FCC Approved: FCC ID:A7V-SR75702002. Automatically adjusts system gain and power level to get the optimum result. Risk-free and 1-year warranty from Amazboost. For any quality issue, simply reach us and we'll solve it within 24 hours.

Report an issue with this product or seller

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$129.99

FREE Returns

FREE delivery **Thursday, July 24**

Or Prime members get FREE delivery **Tomorrow, July 20.** Order within 2 hrs 53 mins. Join Prime

Delivering to Bountiful 84010 - Update location

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Top Wave |
| Support | Product support included |
| Payment | Secure transaction |

**Add a Protection Plan:**

- ☐ 3-Year Protection Plan for $23.99
- ☐ 4-Year Protection Plan for $32.99
- ☐ Complete Protect: One plan covers all eligible past and future purchases for $16.99/month

☐ Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

New (4) from $129.99 & **FREE Shipping.**

## There is a newer model of this item:

Amazboost Cell Phone Booster with LCD Display, Cell Phone Signal Booster for Home Up to 5,000 sq ft, 5G Compatible for All U.S. Carriers - Verizon AT&T T-Mobile, FCC Approved

$219.99

★★★★☆ (88)

In Stock

Mount on Dash

[Military-Grade]VANMASS for MagSafe Car Mount [2025...

4.4 ★★★★☆ 1,700

21% off Ends in 01:08

$37.96 $47.99 prime

Sponsored

Cell Phone Signal Booster for Ho...

$94.05 $99.00 prime

Sponsored

## Amazboost products customers bought together

Total price: $319.98



**This item:** Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit, All U.S.... 3.9 2,598 $129.99

Sponsored Amazboost Cell Phone Signal Booster for Home, Supports 5,000 SQ FT Area, All U.S. Carri... 4 381 $189.99 prime

## Customers frequently viewed
Sponsored | Popular products in the last 7 days — Page 1 of 2

Cell Phone Signal Booster for Home and Office, 4,000 sq ft, Boost 5G 4G LTE Data fo... 1,980 -5% $399.99 List: $419.99 prime

Cell Phone Signal Booster for Verizon and AT&T | Band 12/13/17 Home Cell Signal Boo... 35 -17% $99.00 List: $119.00 prime

Cell Phone Signal Booster for Overland and Off-road Vehicle | Boosts 5G & 4G LTE fo... 175 Limited time deal -26% $439.49 List: $589.99 prime

weBoost Home MultiRoom - Cell Phone Signal Booster | Boosts 4G LTE & 5G up to... 2,757 $562.63

Cell Phone Booster for Home Office, Cover 8000 sq ft with 2 Indoor Antennas for All... 608 Ends in 43:20 -20% $519.99 Typical price $649.99 prime

RV Cell Phone Signal Booster| Travel 3.0 RV Max |2025 New Version|Folding... 225 $549.99 prime

weBoost Drive Sleek - Model 470135 - Portable Signal Booster for Cars, SUVs, Trucks... 1,953 $199.99 prime

## Products related to this item
Sponsored — Page 1 of 58

weBoost Home Studio Lite - Cell Phone Signal Booster for Verizon and AT&T only | Bo... 3,835 $199.99 prime

Amazboost Cell Phone Booster with LCD Display, Cell Phone Signal Booster for... 88 $219.99 prime Save $30.00 with coupon

Cell Phone Signal Booster for Home Cell Repeater Boost Up to 5,000 Sq Ft 5G 4G LTE ... 1 -17% $203.70 Typical: $246.00 prime

Cell Phone Booster for Home Up to 3,000 sq ft, Cell Booster Data for Band 66/4/12/1... 103 $129.99 prime Save $10.00 with coupon

Cell Phone Signal Booster for Home and Office, 4,000 sq ft, Boost 5G 4G LTE Data fo... 1,980 -5% $399.99 List: $419.99 prime

Cell Phone Booster for Home/RV/Metal Building,Cellular Signal Repeater Boosts 5G 4G... 3,178 -7% $129.00 Typical: $139.00 prime

Amazboost Cell Phone Signal Booster for Home, Supports 5,000 SQ FT Area, All U.S. C... 381 $189.99 prime Save $15.00 with coupon

### Legal Disclaimer

This is a CONSUMER device. Before use, you must register this device with your wireless provider and have your provider's consent. Most wireless providers consent to the use of signal boosters. AT&T, Sprint, T-Mobile, Verizon and 90 additional carriers have already given consent for all consumers to use this device. Some providers may not consent to the use of this device on their network. If you are unsure, contact your provider. You MUST operate this device with approved antennas and cables as specified by the manufacturer. Antennas MUST be installed at least 20 cm (8 inches) from any person

See more

## From the brand

Amazboost has been engaged in professional cell phone signal booster for 25 years. We are fully covered in industrial chain from product design, research and development, manufacturing and after-sales service. We adapt direct marketing approach, selling our products directly to consumers so that they can acquire more quality-guaranteed, cutting-edge cell phone signal booster in less expense.



Hot Selling Home Series

Product Description

Stable Cell Signal Booster for Your Home & Office

Boost 4G LTE/5G signal

No more dropped calls

Smooth video and streaming

***2,500*** SQ FT
Coverage Area

Boosts ***4G & 5G***
Cell Phone Signal

Compatible with All
***U.S.*** Carriers

Work for ***Band***

***2/25/5/12/17/13/4/66***

DIY Installation
***Easy*** to Set Up

***Professional U.S.***
Technical Support

# Ideal Solution for All Weak Signal Area

Home & Office/Garage/Basement/Campground/Workshop/Restaurant/Warehouse/Village

How to Install It?
What will You Get?
Testing Your Band First
Receive Signal
>20ft(6m)
>30ft(10m)
>20ft(6m)
How to Install It?
It can work properly when there is at least 1 bar signal outside.
DIY Installation: Requires roof installation. It will take 1-2 hours to complete the whole installation, please find the best signal tower angle before installation.
Amplify Signal
Broadcast Signal

## Amazboost Cell Phone Booster Improve Your Signal for Home Office

| | A1 Cell Booster Silver (Add to Cart) | A2 Cell Booster Silver (Add to Cart) | A3 with Band Switch (Buying Options) | A1 Plus with LCD Display (Add to Cart) |
|---|---|---|---|---|
| Customer Reviews | ★★★★☆ 2,598 | ★★★★☆ 381 | ★★★★★ 2 | ★★★★☆ 88 |
| Price | $129.99 | $189.99 | — | $219.99 |
| Working Band | 12/17/13/5/2/25/4/66 | 12/17/13/5/2/25/4/66 | 12/17/13/5/2/25/4 | 12/17/13/5/2/25/4/66 |
| Maximum Coverage | 2,500 sq. ft. | 5,000 sq. ft. | 3,000 sq. ft. | 5,000 sq. ft. |
| Occasions | Home/Office/Basement/Garages | Home/Office/Warehouse/Garages | Home/Office/Basement/Garages | Home/Office/Basement/Warehouse |
| Installation Difficulty | Easy | Moderate | Moderate | Moderate |
| Indoor Antenna | Omni Whip Antenna | Directional Panel Antenna | Omni Whip Antenna | Omni Whip Antenna |

## Product information

| | |
|---|---|
| Package Dimensions | 14.8 x 9.96 x 4.33 inches |
| Item Weight | 4.4 pounds |
| ASIN | B0897MKSKX |
| Item model number | Amazboost |
| Customer Reviews | 3.9 ★★★★☆ 2,598 ratings<br>3.9 out of 5 stars |
| Best Sellers Rank | #1,981 in Cell Phones & Accessories (See Top 100 in Cell Phones & Accessories)<br>#1 in Cell Phone Signal Boosters |
| Special features | Directional Antenna |
| Other display features | Wireless |
| Color | Silver |
| Whats in the box | 1* Outdoor Antenna, 1* Indoor Antenna, 1* 60ft RG6 Cable, 1* Signal Booster, 1* Installation Kit |
| Manufacturer | Amazboost |
| Date First Available | May 27, 2020 |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to tell us about a lower price?

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit, All U.S. Carriers -Compatible with Verizon, AT&T, ... Add to cart |  Cell Phone Signal Booster, Home Cell Phone Booster, Support All U.S. Carriers Verizon, AT&T & More, Signal Amplifier... Add to cart |  Cell Phone Booster for Home Boosts 5G 4G LTE 3G and 2G, Supports All U.S Carriers: ATT Verizon Sprint and More, Outdoor... Add to cart |  Cell Phone Booster for Home Office \| Boosts 5G & 4G LTE \| Cell Phone Signal Booster for All U.S. Carriers-Verizon, AT&T... Add to cart |
| Price | $129.99 | -21% $186.00 List: ~~$235.00~~ | $185.89 | -13% $259.99 List: ~~$299.99~~ |
| Delivery | Get it as soon as Thursday, Jul 24 | Get it as soon as Thursday, Jul 24 | Get it as soon as Thursday, Jul 24 | Get it as soon as Thursday, Jul 24 |
| Customer Ratings | 3.9 ★★★★☆ 2,598 | 4.0 ★★★★☆ 342 | 3.2 ★★★☆☆ 6 | 4.4 ★★★★☆ 806 |
| Sold By | Top Wave | subroad | Shengdou | HiBoost Official |
| Range | 2500 | 5000 | 4000 | 2000.0, 1500.0 |
| Frequency Bands | 700 MHz,850 MHz,1700/2100 MHz,1900 MHz | Band 66/25/26/17/13/12/5/4/2 | 700 MHz, 1700/2100 MHz, 1900 MHz, 2500 MHz, 600 MHz, 850 MHz, 900 MHz, 1800 MHz, 1900 MHz, 2100 MHz, 2300... | 700-750MHz (band 12, 13, 17), 800-850MHz (band 5), 1900MHz (band 2/25), 1700~2100MHz (band 4) |
| Wireless Standard | radio frequency | radio frequency | — | radio frequency |

## What's in the box

- 1* Outdoor Antenna
- 1* Signal Booster
- 1* Indoor Antenna
- 1* 60ft RG6 Cable
- 1* Installation Kit

## Videos

Page 1 of 4

### Videos for this product

   







0:49 Why I Bought This Cell Phone Signal Booster for Our Building — The Stuff We Use

2:07 Watch THIS before buying the AmazBoost cell signal booster — I Tried It

0:56 Customer Review: HOME RUNNNNNN !! — DClark

2:52 Amazboost Cell Phone Booster for Home -Up to 2,500 — Zariyat Mannan

Upload your video

## Similar brands on Amazon

Sponsored

Page 1 of 2

weBoost Home MultiRoom - Cell Phone Signal Booster | Boosts 4G LTE & 5G u... 4.2 2,757 $562.63

HIBOOST
10K
SAY GOODBYE POOR CELLULAR SIGNAL

Cell Phone Booster Cover 6000 sq ft, Boost 5G 4G LTE Signal for All US... 4.6 608 18% off Ends in 43:32 $467.49 List Price $569.99

WIFI 6 E TENDER
Ultra-P rmance

2400Mbps WiFi 6 Extender Signal Booster - 10K Sq.Ft Coverage w/5X... 5.0 64 $119.97

## Products related to this item

Sponsored

Page 1 of 58

weBoost Home Studio Omni - Cell Phone Signal Booster | Boosts 4G LTE & 5G for all U... 3,835 -10% $269.99 List: $299.99 prime

Amazboost Cell Phone Signal Booster for Home, Supports 5,000 SQ FT Area, All U.S. C... 381 $189.99 prime Save $15.00 with coupon

Cell Phone Signal Booster for Home up to 3000 Sq.Ft | Boost 4G 5G Cellular Signal A... 1,980 -5% $351.49 Typical: $369.99 prime

Cell Phone Booster for Home/RV/Metal Building,Cellular Signal Repeater Boosts 5G 4G... 3,178 -7% $129.00 Typical: $139.00 prime

Cell Phone Signal Booster for Home Cell Repeater Boost Up to 5,000 Sq Ft 5G 4G LTE ... 1 -17% $203.70 Typical: $246.00 prime

Amazboost Cell Phone Booster with LCD Display, Cell Phone Signal Booster for... 88 $219.99 prime Save $30.00 with coupon

Cell Phone Signal Booster for Overland and Off-road Vehicle | Boosts 5G & 4G LTE fo... 175 Limited time deal -26% $439.49 List: $589.99 prime

HiBOOST®

Cell Phone Booster for Home Office | Boosts 5G & 4G LTE | Cell Phone Signal Booster for All U.S. Carriers-Verizon, AT&T, T-Mobile & More | for Band 12/17,13,5,25/2,4 | HD Display | App | FCC Approved

806

Save $20 with coupon

$259.99 $299.99 prime

Sponsored

## Customer reviews

3.9 out of 5

2,598 global ratings

| Rating | Percent |
|---|---|
| 5 star | 56% |
| 4 star | 17% |
| 3 star | 9% |
| 2 star | 4% |
| 1 star | 14% |

How customer reviews and ratings work

### Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the cell phone booster works well and is easy to install with clear instructions, considering it well worth the money. The signal strength receives mixed feedback - while some report excellent reception throughout their house, others say it's almost non-existent indoors. Similarly, data speed experiences are mixed, with some reporting faster internet data while others experience slow speeds. The quality and boost level also receive mixed reviews, with some reporting solid 4-5 bars while others report no boost at all.

Generated from the text of customer reviews

**Select to learn more**

✓ Functionality | ✓ Ease of installation | ✓ Value for money | Signal strength | Data speed | Quality | Boost level | Bar size

## Reviews with images

See all photos ›













we:boost

weBoost Drive Reach Overland - Cell Phone Signal Booster for Off...
$549.99 prime

Sponsored

## Top reviews from the United States

338 Lapua Shooter

**Solid unit but has some annoyances, lots of info here.**

Reviewed in the United States on June 4, 2022

Verified Purchase

Overall I am very pleased with the cell booster. While I'm not a daily user on the booster I do use it in a remote area and have it on my 5th wheel trailer. That said let's go!

Pro's
Easy to place unit
Antenna is a decent design
Supplied cables are long enough
Operationally it's easy to use but could be confusing with the LED's too
Signal is surely boosted where it's needed and does improve the signal even when it's fringe
12v power block is amazing because I cut the brick off and wired directly to my battery so 12v was very important to me

Con's
Booster unit is 50 ohm, rest of the components are 75 ohm (see below)

Read more

398 people found this helpful

Helpful | Report

Tyson Moore

**Great Value and it works!**

Reviewed in the United States on June 24, 2025

Verified Purchase

This was a very economical and practical solution. My Mom's house is on top of a hill centered in a "radio dead zone." With the Amazon CellBooster...the Yagi antenna was placed at the top of a very inexpensive piece of 12 foot long PVC electrical conduit, bracketed directly to her porch. The antenna was aimed between Redwood trees at a cell tower on the other side of a Ridgeline. The booster worked...going from zero signal inside of her house to 5 bars of signal. Now my Mom has a backup to her rural landline which in recent years has been threatened with discontinuation of service by AT&T. I feel better now that she has alternative communications. She is 89 years old.

7 people found this helpful

Helpful | Report

young son

**Worked for an area with no signals. but it will only support 4G**

Reviewed in the United States on June 25, 2025

Verified Purchase

I took it to my family's cabin, where there is no signal. this has been a problem there for years. I knew that it was a long shot, but I tried it out anyways. the setup was very intuitive, and the instructions were very

# Exhibit J



amazon
Deliver to
All
Search Amazon
EN
Hello,
Account & Lists
Returns
& Orders
Cart
Subtotal
$129.99
Your order qualifies for FREE delivery. Choose this option at checkout.
Go to Cart
All
Rufus
Join Prime
Amazon Haul
Same-Day Delivery
Medical Care
Saks
Amazon Basics
Buy Again
Browsing History
Pet Supplies
Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit,... › Customer reviews
Customer reviews
3.9 out of 5
2,598 global ratings
5 star 56%
4 star 17%
3 star 9%
2 star 4%
1 star 14%
Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit, All U.S. Carriers - Compatible with Verizon, AT&T, T-Mobile, Sprint & More-5G 4G LTE 3G FCC Approved
by Amazboost
Write a review
See All Buying Options
$129.99
1
How customer reviews and ratings work
Search customer reviews
Search
SORT BY
FILTER BY
Top reviews
All reviewers
All stars
Text, image, video
875 customer reviews
HiBOOST
Cell Phone Booster for Home Office |...
Save $20 with coupon
$259.99 $299.99 prime
Sponsored
From the United States
338 Lapua Shooter
Solid unit but has some annoyances, lots of info here.
Reviewed in the United States on June 4, 2022
Verified Purchase
Need customer service?

Overall I am very pleased with the cell booster. While I'm not a daily user on the booster I do use it in a remote area and have it on my 5th wheel trailer. That said let's go!

Pro's
Easy to place unit
Antenna is a decent design
Supplied cables are long enough
Operationally it's easy to use but could be confusing with the LED's too
Signal is surely boosted where it's needed and does improve the signal even when it's fringe
12v power block is amazing because I cut the brick off and wired directly to my battery so 12v was very important to me

Con's
Booster unit is 50 ohm, rest of the components are 75 ohm (see below)
Unit shows green lights on it when signal isn't there or there is oscillation with the signal. This should be yellow or red not green cause green is viewed as "good". Prior to my below changes I got this on all 5 channels but it worked ok

Notes for the system
As I mentioned 50 to 75 ohm mismatch on the cables to the unit, unfortunately this is normal with affordable boosters for one single reason, money. Using correct cables for a cell phone booster costs a lot more money thus will drive the price up a lot more on our end. Yes indeed RG6 does work but having mismatched cables causes a level of frequency oscillation. When it oscillates it can cancel some of the signal out in a way which can also cause you to show solid green on the front of the unit on a specific band or multiple bands.

Internal to external antenna position is beyond critical, you need to pay attention to this carefully. If your antenna is pointing to 0 degrees north you should be pointing the inside antenna to 90 degrees or 270 degrees, your antenna should also be bent at 45 degrees or so. You want to insure that inside and outside don't match the way the antennas are facing / directed. This is another small way to squeeze out any last bit of boosting

Last but not least cable / external antenna topic. In the world of cell boosters 50 ohm cable is standard in which the market uses for commercial applications, but in small residential units they go with RG6 for cost reasons. There is no such thing as RG6 50 ohm cable and the correct cable to achieve this is LMR400 cable. It's very thick and not so flexible but it also helps squeeze out more of the boosting. You'll need a couple adapters but doing it right you can minimize the adapters. You'll need one for LMR to RG6 for the booster and one for a wall plate if you choose to use one.

Antenna. The antenna that is supplied isn't a bad parabolic design and does work but it's also 75 ohm and not 50 ohm. 50 ohm antennas don't have a RG6 connector on them but have a different toe for the LMR400 so you'll be able to connect to the unit using the LMR400

I replaced the antenna and cable from the booster all the way outside. I was in a spot where I knew cell signal was weak at best being from no service to 1x with a smattering of LTE 1 bar late at night. The booster with LMR took me up to 3 bars of LTE but with a limited distance of about 15' from the booster unit. Last year same setup, same spot but using RG6 and the supplied antenna I barely got 1 bar of LTE and occasionally it would bounce to 2 bars but it was rare.

That said this kit is a solid kit but if you want to squeak out it's max potential upgrade the RG6 to LMR400 and swap the parabolic antenna for a true 50 ohm antenna of the same style. They do make other antennas from other companies that are a flat panel that are a bit better for when you're on the fringe as they're a tad more focused beam wise but you sacrifice with some lower DB increases too so there's a trade off.

Anyway there's my 2 cents honest review of using it now going into my 3rd year.

398 people found this helpful

Report



 Tyson Moore

★★★★★ **Great Value and it works!**

Reviewed in the United States on June 24, 2025

Verified Purchase

This was a very economical and practical solution. My Mom's house is on top of a hill centered in a "radio dead zone." With the Amazon CellBooster...the Yagi antenna was placed at the top of a very inexpensive piece of 12 foot long PVC electrical conduit, bracketed directly to her porch. The antenna was aimed between Redwood trees at a cell tower on the other side of a Ridgeline. The booster worked...going from zero signal inside of her house to 5 bars of signal. Now my Mom has a backup to her rural landline which in recent years has been threatened with discontinuation of service by AT&T. I feel better now that she has alternative communications. She is 89 years old.

7 people found this helpful

Helpful | Report

young son

★★★★☆ **Worked for an area with no signals. but it will only support 4G**

Reviewed in the United States on June 25, 2025

Verified Purchase

I took it to my family's cabin, where there is no signal. this has been a problem there for years. I knew that it was a long shot, but I tried it out anyways. the setup was very intuitive, and the instructions were very clear with some funny Asian gram. I put the antenna up which I promptly dropped. and then connected it to the device. immediately I got 4G with full bars some phones got 5G with full bars. I started getting texts with no issue. I tried to call, and it was good. we tried the internet but that was a little bit of a problem. it was very slow, sometimes it worked sometimes it did not. I was not able to stream movie but was able to see YouTube videos with a lot of buffering. but the important things are that we were able to make calls and texts. I let go about an hour and it worked great. Then as I was mounting it on the wall, I dropped the main box, breaking it. I ended up using an old school rabbit ear antenna and that worked great calls, and texts got even better. and the internet got faster. it was still slow, but nothing timed out and I was able to stream movies and YouTube. The antenna can support 5G but the main box does not support 5G, I believe 5G is 600 MHZ.

4 people found this helpful

Helpful | Report

Jomantra

★☆☆☆☆ **I really wanted this to work!**

Reviewed in the United States on March 2, 2022

Verified Purchase

I REALLY wanted this Amazboost A-1 Signal booster to work! I had high expectations after reading the reviews. So, I ordered one from Amazon. The set-up is not difficult, so I did a test run! I took the Yagi antenna outside, mounted it and aimed it in the direction of my cell phone provider tower (AT&T), ran the 50' of RG6 cable from the Yagi antenna, attached it to the booster which was 50' "directly behind" (per the instructions) the direction the Yagi antenna was pointed, attached the indoor antenna to the booster and plugged it in. After plugging in the booster, there are 5 "Alarm" green indicator lights on front of the booster that are supposed to come on for one second, then turn off, which means that it has passed a self-test and is running correctly. Then, if any of the "Alarm" lights come back on and blink or stay on, the booster is "oscillating", which is similar to putting a microphone in front of a speaker......which means signal from the outside antenna is being picked up by the booster and being re-transmitted. So, simply, it begins a "loop" or "feedback" with the signal leaking from the outside antenna being re-transmitted by the booster.....until the device won't work and some or all the "Alarm" lights stay on or blink. To alleviate this, the Yagi antenna are supposed to be at least 30' away horizontally from the booster OR 20' horizontally and 13' vertical and pointed AWAY FROM the booster. I had 50' of cable (min. was 30' horizontally) and I could not prevent the oscillation from happening. The second alarm light never lighted.....either during the startup or during oscillation. So, I returned it to Amazon and re-ordered a second unit, which Amazon made very easy to do.

The second unit came, so I set up a test run outside again. I attached the Yagi antenna to a metal post, pointed it in the direction of the cell tower (no metal objects were in front of it), ran the 50' of RG6 cable to the booster (which was directly behind the direction the Yagi was pointed), added the inside antenna to the booster, tightened all connectors, plugged the device in, and the unit's "Alarm" lights lit once for a second (self-test), went off, then they all came back on.......oscillation again. As a test for oscillation, you remove the indoor antenna from the booster, and if the alarm lights go out, then oscillation is the problem. That is exactly what happened when I removed the indoor antenna from the booster......no alarm lights were lit! I readjusted the booster to different locations behind the Yagi. I moved the Yagi antenna around trying to make sure it wasn't backfeeding signal to the booster. All to no avail. Sometimes a couple of the alarm lights would go off, but would return in a few seconds. No amount of "adjusting" of the booster or the Yagi would turn the alarm lights off permanently! So, back this one goes too and I am very disappointed that it wouldn't work. I spent 3-4 hours combined trying to make these work, but couldn't. I'm very glad I didn't run cable inside my home before discovering this anomaly. I would suggest doing a test run before actually running cable and setting up this device. After reading reviews, I think those with a metal roof/building have a better chance of making this device work as the signal from the outside Yagi antenna may not be able to backfeed to the booster thru the metal siding/roof! The instructions, that came with the unit, were easy to understand and thorough. Everything came with the booster needed to set it up, except a pole to mount the device to (which you shouldn't expect anyway). Nice unit! Would have loved to have kept it......if it worked correctly!!

Wish this device would have worked! I really worked at making it work correctly, but to no avail.

163 people found this helpful

Helpful | Report

Randy

★★★★★ **Works better than I expected.**

Reviewed in the United States on June 24, 2025

Verified Purchase

Why did you pick this product vs others?:

My mother lives in a rural area with a metal roof. Her cell phone worked fairly well outside, but barely worked inside. I installed the amazaboost, and her phone and mine work perfectly anywhere in her house. Instructions were good, installation was easy and our phones worked well immediately. I was surprised how well it works. Signal strength went from no service to -109 .

One person found this helpful

Helpful | Report



The Whited Farm

**We did keep it, but we are still looking for other options..**

Reviewed in the United States on July 6, 2025

Verified Purchase

For over $100 I expected better quality, better boost, and just an overall better performance but we didn't get all of those results. The antenna was broken almost immediately out of the box, but then my Mr. Fix It hubs put it back together instead of letting me return it immediately. The cable is extremely long, which is great when installing the pirate flag looking thing outside, but unfortunately none of that really mattered. It was easy to setup, the design is pretty nice, but I just think this wasn't at all what we expected. We mainly purchased for a boost for the internet, we have one internet through T-mobile and another through another company, so we wanted to install this to improve the WiFi.. And this did bring my husbands phone from barely even a single bar to full bars, but we noticed that the first WiFi signal was boosted to full speed, we were pulling higher speeds than we ever had before, but the T-mobile WiFi was still nada. We live in a really rural area in the middle of the woods, there's barely cell phone service, and we're probably six or ten air miles from the nearest phone tower.. We wanted to give our kids better speeds for gaming, which is why we have a second designated WiFi for gaming. we're going back to the drawing board for different options. So to make it for work for now without spending anymore $$ we swapped WiFi's and they have the better speed one.. I mean I guess it did do some improvements but only to one of our WiFi networks..

3 people found this helpful

Helpful | Report

anc1v

**Signal where non existed before!**

Reviewed in the United States on June 9, 2025

Verified Purchase

I was skeptical given the price point but the reviews are why I ultimately purchased and glad I did. I built an office with exterior metal R panel walls and roof. It is also extension from my shop which is also metal. Long story short, I was unable to get any cell phone signal - zero. I also live far outside of town and my property is surrounded by trees.

Ive been operating using WiFi calling, which worked fine but it would disconnect if I moved in and out of my office. Having enough of that, I added the Amazboost in about two hours after fabricating a mount using 1.5" schedule 40 PVC and routing the cables. Instantly after the booting process - I was getting 3 bars, which I'm totally satisfied with. I can make calls and use data. The instructions provided are good but it wasn't completely clear which cell tower I should be trying to utilize using cellmappwr.net since all are so far away. The coverage from the indoor unit seems to be adequate for my office and even extends through a drywall/metal wall into my shop. I'm satisfied with the quality of all the items and all feel like they should hold up. The unit itself does stay warmer than the ambient temperature but the instructions state as much and is to be expected. I would purchase again and believe it is a good value for the money.

I debated installing an RG6 lightening arrestor but have not so far. The instructions state the outside antenna does comes with some built in protection but it probably be smarter to be ultra safe. I followed the installation instructions as obtained tree the proper height and distancea requires; both from indoor unit to outdoor antenna as well as outdoor antenna height placement based on roof line and outdoor obstacles (trees in my case).

13 people found this helpful

Helpful | Report

Maki_Explorer

**Works great!**

Reviewed in the United States on May 2, 2025

Verified Purchase

This works very well. I bought it for my mom who lives inside a house with a metal roof. She would get reception outside, but not inside. She would have to stand by the door to talk in the phone. Many times we would try to call her, but the call wouldn't even go through. This booster was easy to install and she now has excellent reception anywhere in her house! We are very pleased!

3 people found this helpful

Helpful | Report

Michelle Key

**From no bars to 3-4 bars!**

Reviewed in the United States on July 7, 2025

Verified Purchase

I work remotely in a detached metal shed, so my office was a complete dead zone - only SOS as soon as I stepped in. I also live in a bit of a hollow, so our reception is generally spotty at best on our property. I can usually get 1-2 bars while outside of my shed, even though the cell tower is less than a mile away.

So when I installed this I was hoping for maybe 2 bars if I was lucky. I followed the instructions as closely as possible and while I don't have the ideal settings, I was able to make do and get close to it.

The manual was very thorough and helpful, though it might take a bit of time to go through everything.

It comes with accessories to mount it to a pole, but you do need to purchase the antenna mast and bracket separately, which will probably run around $20.

I located the nearest tower with my provider per the instructions, tested the signal, adjusted accordingly to get the best possible reception, then put everything in place. Complete installation took me an evening from start to finish because I ran the line through the wall.

Two days in, I'm sitting here writing this review from my metal shed and I'm in the range of 2-4 bars consistently. I called someone that usually has a hard time with my signal breaking up, but they said it was the clearest call they've ever had with me with no interruptions. I can send and receive texts and pictures without any failures. So far, it's working how I expected and I'm very pleased.

My work phone has a separate carrier which I presume is on a different tower, because while my personal phone has great reception, my

work phone gets 1 bar. This is no fault of the cell booster, but just an observation that you need to be sure you follow the directions closely and point your antenna at the correct tower.

One person found this helpful

Helpful | Report

Splicer

★★★★☆ **Signal strength**

Reviewed in the United States on June 24, 2025

Verified Purchase

So our house must sit in a bowl ,the signal we get can't be used for the internet streaming and the phone cuts out every time you move. I used an app to give me an idea were the cell towers were and a signal strength app, . Had to do the install myself, a second person would have been handy to watch the signal strength as I placed the antenna, so I did the best I could at the time and temporarily installed the antenna. Routed the coax down and through an outside socket into the house to the amp.
Did a little fine tuning placing it . Now the calls are clear and don't drop off, the internet runs great . The signal is not super strong , the cell phone works great throughout the house now but the streaming is limited to the room were the amp is placed. I feel I can improve that when I get some help watching the signal strength as I play with the antenna and permanently place it.
All in all for the price I am very satisfied with the product.

Helpful | Report

‹ Previous page | Next page ›

‹ **See all details for Amazboost Cell Phone Booster for Home, Cell Phone Signal Booster Kit,...**

**Your Browsing History** View or edit your browsing history

Page 1 of 6

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

amazon
English
United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Amazon Fresh Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
Amazon Live Stream. Shop. Live
PillPack Pharmacy Simplified
Amazon Renewed Like-new products you can trust
Amazon Luna Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

WILSON ELECTRONICS, LLC

**(b)** County of Residence of First Listed Plaintiff Washington

*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, UT 84111 (801) 533-9800

**DEFENDANTS**

SHENZHEN KUNWO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., aka SHENZHENSHI KUNWO KEJI KAIFA YOUXIAN GONGSI, dba TOP WAVE,

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. §§ 1, et seq.

Brief description of cause:
Patent infringement, alter ego liability, breach of contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE: 07/31/2025

SIGNATURE OF ATTORNEY OF RECORD: /Brian N. Platt/

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE