Chad E. Nydegger (#9964)
cnydegger@wnlaw.com
Brian N. Platt (#17099)
bplatt@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

*Attorneys for Plaintiff Wilson Electronics, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### SOUTHERN REGION

| | |
|---|---|
| WILSON ELECTRONICS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHENZHEN KUNWO SCIENCE AND TECHNOLOGY DEVELOPMENT CO., LTD., aka SHENZHENSHI KUNWO KEJI KAIFA YOUXIAN GONGSI, dba TOP WAVE, a Chinese corporation,<br><br>Defendant. | Case No: 4:25-cv-00094-AMA<br><br>**MOTION FOR ENTRY OF CLERK'S DEFAULT**<br><br>District Judge Ann Marie McIff Allen |

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff Wilson Electronics, LLC ("Wilson") respectfully moves the Court for an entry of default Judgment against Defendant Shenzhen Kunwo Science and Technology Development Co., Ltd., aka Shenzhenshi Kunwo Keji Kaifa Youxian Gongsi, dba "Top Wave" ("Top Wave" or "Defendant") on the ground that the

1

Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Defendant has failed to plead or otherwise defend this action. Plaintiff filed its Complaint on August 1, 2025.[1] On August 29, 2025, Judge Ann Marie McIff Allen granted Plaintiff's Motion for Alternative Service.[2] The Clerk issued summonses to the Defendant on August 29, 2025.[3] Plaintiff served the summonses and Complaint on August 29, 2025.[4]

Defendant has failed to plead or otherwise respond to the Complaint within the time allowed and has not entered any appearance in this action. Because Defendant has failed to timely respond to the Complaint and otherwise failed to appear or defend this action, the Defendant is in default. Plaintiff respectfully requests that the Clerk of the Court enter a default against Defendant Top Wave in this action.

DATED September 24, 2025.

Respectfully submitted,

WORKMAN NYDEGGER

By: /s/ Brian N. Platt
CHAD E. NYDEGGER
BRIAN N. PLATT

*Attorneys for Plaintiff Wilson Electronics, LLC*

---

[1] ECF No. 1.
[2] ECF No. 11.
[3] ECF No. 12.
[4] ECF No. 19.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, and will serve notifications of such filing to the following:

> Shenzhen Kunwo Science and Technology Development Co., Ltd.,
> aka Shenzhen Kunwo Science and Technology Development Co., Ltd.
>  dba Top Wave
> chiyutopwave@163.com
> topone201706@outlook.com
>
> *Defendants*

*/s/ Brian N. Platt*